AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Knight First Amendment Inst. at Columbia University ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-00548-TSC |
| United States Department of Homeland Security et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Knight First Amendment Institute at Columbia University .

Date: 05/04/2017

/s/Scott B. Wilkens
*Attorney's signature*

Scott B. Wilkens (489631)
*Printed name and bar number*

1099 New York Ave., NW
Suite 900
Washington, DC 20001
*Address*

SWilkens@jenner.com
*E-mail address*

(202) 639-6072
*Telephone number*

(202) 639-6066
*FAX number*