# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.,*<br><br>       **Defendants.** | Civil Action No. 17-cv-548 (TSC) |

## **ORDER**

Having considered the Ninth Joint Status Report, ECF No. 32, it is hereby ORDERED that:

1. DHS shall process e-mail records and complaints at a rate of 775 pages per month, excluding duplicates and records referred to other agencies and operating divisions (Items 1, 4, 5, 6, and 7 of the request);

2. CBP shall continue to process the outstanding incident-level reports responsive to Item 2(b) of the request at the rate of 275 pages per month; and

3. CBP shall process the outstanding records responsive to Items 4(a) and 5 of the request at the rate of 500 pages per month, separately from its processing of 275 pages per month of incident-level reports responsive to Item 2(b).

It is further ORDERED that CBP shall complete its processing of incident-level reports by November 30, 2018; that DHS shall complete its processing of documents responsive to Items 1, 4, 5, 6, and 7 of the request by February 1, 2019; and that CBP shall identify the number of records responsive to Items 4(a) and 5 that remain to be processed, so the court may establish a date by which processing shall be complete at a rate of 500 pages per month. These dates shall be extended only for good cause shown.

The parties are ORDERED to file another joint status report and proposed order by December 10, 2018.

Date: October 25, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge