UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>                Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                Defendants. | No. 1:17-cv-00548-TSC |

**THIRTEENTH JOINT STATUS REPORT**

The following events have taken place in this case since the filing on May 21, 2019, of the Twelfth Joint Status Report, ECF No. 40:

1. The Office of Inspector General of defendant Department of Homeland Security (DHS) took the following actions on May 28, 2019, with respect to the 39 pages referred to it by DHS by letter dated May 16, 2019, *see* ECF No. 40 at 3: produced 13 pages in full to plaintiff Knight First Amendment Institute at Columbia University and produced 26 pages with redactions pursuant to FOIA Exemptions 6 and/or 7(C).

2. Defendant U.S. Customs and Border Protection (CBP) advised plaintiff by email of its undersigned counsel dated May 31, 2019 that it anticipated completing its processing of the 1,285 pages referred to it by DHS, *see* ECF No. 40 at 3, by August 31, 2019.

3. Defendant U.S. Immigration and Customs Enforcement (ICE) advised plaintiff by email of its undersigned counsel dated June 7, 2019, that it would take longer than anticipated to process the 317 pages referred to it by DHS, *see* ECF No. 40 at 3, because certain of the pages contained proposed redactions that could not be accommodated without adjustment by ICE's

processing software and because the individual overseeing the processing of the pages would be out of the office during the period June 13-21, 2019. ICE therefore advised plaintiff that it expected to finish processing the 317 pages by July 8, 2019.

4. ICE took the following actions on July 1, 2019, with respect to the 317 pages: produced 76 pages with redactions pursuant to FOIA Exemptions 5, 6, 7(A), 7(C), and/or 7(E) and determined that 241 pages were duplicative or were non-responsive to plaintiff's request.

5. Plaintiff advised CBP by email dated July 16, 2019, that it expected CBP to complete by August 15, 2019, its production of the pages referred to it by DHS in view of the provision of the order dated October 15, 2018, ECF No. 33, "order[ing] CBP to process responsive records at a rate of 500 pages per month."

6. CBP advised plaintiff by email of its undersigned counsel dated July 17, 2019, that it would do its best to complete its processing of the pages referred to it by DHS by August 15, 2019, and that it anticipated an interim production.

Respectfully submitted,

By: *s/ Matthew S. Hellman* (by email authorization)
Matthew S. Hellman, DC Bar 484132
Michael E. Stewart, DC Bar 144926
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, D.C. 20001
Tel: (202) 639-6072/Fax (202) 639-6066
Email: mhellman@jenner.com

Susan J. Kohlmann, *Pro Hac Vice*
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 891-1600/Fax (212) 891-1699

|  |  |
|---|---|
|  | Jameel Jaffer, D.D.C. Bar MI0067 |
|  | Katherine Fallow, *Pro Hac Vice* |
|  | Alex Abdo, *Pro Hac Vice* |
|  | Caroline M. DeCell, *Pro Hac Vice* |
|  | Daniela Nogueira, *Pro Hac Vice* |
|  | KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY |
|  | 475 Riverside Drive, Suite 302 |
|  | New York, New York  10115 |
|  | Tel: (646) 745-8500 |
|  | Attorneys for Plaintiff |
|  |  |
|  | JOSEPH H. HUNT |
|  | Assistant Attorney General |
|  |  |
|  | ELIZABETH J. SHAPIRO |
|  | Deputy Director |
|  |  |
|  | s/ *David M. Glass* |
|  | DAVID M. GLASS, DC Bar 544549 |
|  | Senior Trial Counsel |
|  | Department of Justice, Civil Division |
|  | 1100 L Street, N.W., Room 12020 |
|  | Washington, D.C.  20530 |
|  | Tel: (202) 514-4469/Fax: (202) 616-8460 |
|  | E-mail: david.glass@usdoj.gov |
| Dated: July 22, 2019 | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that I served the within report on all counsel of record by filing it with the Court by means of its ECF system on July 22, 2019.

s/ *David M. Glass*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY, *et al.*, )<br>)<br>)<br>**Defendants.** )<br>) | No. 1:17-cv-00548-TSC |

## **[PROPOSED] ORDER**

It is hereby ordered in view of the joint status report filed on July 22, 2019, that the parties file another joint status report on or before September 20, 2019.

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE