IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | No. 1:17-cv-00548-TSC |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that the undersigned attorney, Daniela Nogueira, withdraws her appearance as counsel for Plaintiff in this matter, as August 29, 2019 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight Institute and Jenner & Block LLP will continue to represent Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Daniela Nogueira*
　　　　　　　　　　　　　　　　　　　　Daniela Nogueira
　　　　　　　　　　　　　　　　　　　　Knight First Amendment Institute at
　　　　　　　　　　　　　　　　　　　　　　Columbia University
　　　　　　　　　　　　　　　　　　　　475 Riverside Drive, Suite 302
　　　　　　　　　　　　　　　　　　　　New York, NY 10115
　　　　　　　　　　　　　　　　　　　　daniela.nogueira@knightcolumbia.org
　　　　　　　　　　　　　　　　　　　　(646) 745-8500

Dated: August 28, 2019

## **CERTIFICATE OF SERVICE**

I, Daniela Nogueira, hereby affirm that on this 28th day of August, 2019, I caused the foregoing Notice of Withdrawal of Appearance as Counsel for Plaintiff to be served on all parties via this Court's Electronic Case Filing system.

Dated: August 28, 2019            */s/ Daniela Nogueira*
                                  Daniela Nogueira