**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,  )<br>  )<br>             Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,  )<br>  )<br>             Defendants.  ) | No. 1:17-cv-00548-TSC |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants' Department of Homeland Security, U.S. Customs and Border Protection, and U.S. Immigrations and Customs Enforcement move for summary judgment pursuant to Fed. R. Civ. P. 56(a).  The grounds for defendants' motion appear in the accompanying memorandum.

                Respectfully submitted,

                JOSEPH H. HUNT
                Assistant Attorney General

                ELIZABETH J. SHAPIRO
                Deputy Director

                s/ *David M. Glass*
                DAVID M. GLASS, DC Bar 544549
                Senior Trial Counsel
                Department of Justice, Civil Division
                Federal Programs Branch
                1100 L Street, N.W., Room 12020
                Washington, D.C.  20530
                Tel: (202) 514-4469/Fax: (202) 616-8460
                E-mail: david.glass@usdoj.gov
Dated: January 31, 2020          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that I served the within motion, the memorandum in support of the motion, the exhibits to the motion, defendants' statement pursuant to LCvR 7(h)(1), and the proposed order on all counsel of record by filing them with the Court by means of its ECF system on January 31, 2020.

s/ *David M. Glass*