*Knight First Amend. Inst. at Columbia Univ. v. Dep't of Homeland Sec.*
No. 1:17-cv-00548-TSC

Defendants' Motion for Summary Judgment

Ex. D

Official Website of the Department of Homeland Security

 ICE

Report Crimes: Email or Call 1-866-DHS-2-ICE

Search ICE.gov

# Homeland Security Investigations

Homeland Security Investigations

## Homeland Security Investigations

Overview    Leadership    Divisions & Field Offices    History    HSI Citizens Academy




### HSI – A Diverse, Global Force

HSI is a critical investigative arm of the Department of Homeland Security and is a vital U.S. asset in combating criminal organizations illegally exploiting America's travel, trade, financial and immigration systems.

HSI's workforce includes special agents, analysts, auditors and support staff. Its men and women are assigned to cities throughout the United States and to offices around the world. HSI's international force is the department's largest investigative presence abroad and gives HSI one of the largest international footprints in U.S. law enforcement.

HSI has broad legal authority to enforce a diverse array of federal statutes. It uses this authority to investigate all types of cross-border criminal activity, including:

- Financial crimes, money laundering and bulk cash smuggling;
- Commercial fraud and intellectual property theft;

- Cybercrimes;
- Human rights violations;
- Human smuggling and trafficking;
- Immigration, document and benefit fraud;
- Narcotics and weapons smuggling/trafficking;
- Transnational gang activity;
- Export enforcement; and,
- International art and antiquity theft.

The threats presented by criminals in these areas have far-reaching consequences. In response, HSI uses a versatile approach to conducting its operations so that it can achieve the best results for the nation and its people.

## Forging a New Legacy

When Homeland Security Investigations was formed, ICE's goal was to combat criminal threats facing the United States with a law enforcement force that would be recognized worldwide for its expertise and effectiveness.

Years later, HSI can lay claim to achieving this ambitious goal. HSI's successes in combating terrorism and enhancing national security have resonated throughout the global law enforcement community, private industry and general public.

In HSI's first full year in existence, its criminal investigations increased in nearly every area to ICE's prior three-year average. Criminal arrests rose by almost 30 percent; indictments by nearly 18 percent; search warrants by almost 60 percent; seizures of illicit drugs by more than 40 percent; intellectual property rights seizures by 128 percent; and weapons and ammunition seizures by a staggering 762 percent. This standard of excellence has continued ever since, with HSI's dedicated workforce affecting global change and disrupting and dismantling criminal organizations.

Today, HSI carries out its mission in an increasingly complex world that poses immense technical challenges to America's homeland security. The task is daunting, but HSI has risen to the challenge with intelligence, flexibility and commitment to excellence. Indeed, HSI has proven that it will continue to achieve the goal that has become its motto – to forge a new legacy of honor, service and integrity.

Last Reviewed/Updated: 08/15/2019