**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      Defendants. | **Oral Argument Requested**<br><br>Civil Action No. 1:17-cv-00548-TSC |

# **[PROPOSED] ORDER**

Upon consideration of Defendant's motion for summary judgment, Plaintiff's opposition and cross-motion, the parties' respective replies, and the entire record herein, it is hereby ORDERED that:

1. Defendant's motion for summary judgment is denied; and

2. Plaintiff's cross-motion is granted

IT IS SO ORDERED.

DATED: _____            _____
                                                                                             Hon. Tonya S. Chutkan
                                                                                             United States District Judge