**EXHIBIT CC**

U.S. Department of Homeland Security
Washington, DC 20528



Homeland Security

April 30, 2018

Knight First Amendment Institute of Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115

Re:   17-cv-00548 (2017-HQFO-00585)
      Knight First, Interim Release

Dear Ms. Decell:

This is our second interim response to your Freedom of Information Act (FOIA) request to the U.S. Department of Homeland Security (DHS) dated March 7, 2017. This letter hereby describes the agency's processing efforts to date. We understand that this information will be provided to the Court supervising the civil litigation concerning this FOIA request.

*DHS's Searches and Production*
For this month's production DHS reviewed 95 pages of which 3 pages are released in full, 19 pages are released in part with redactions made pursuant to FOIA Exemptions 5 and 6, 18 pages are withheld in full pursuant to FOIA Exemption 5 and 55 pages have been referred to United States Customs and Border Protection (CBP) for review and a direct response to you. CBP contact information is provided below. DHS also reviewed 195 pages of records from the Compliance branch of the Office for Civil Rights and Civil Liberties (CRCL) of which 57 pages are released in full, 45 pages are released in part with redactions applied pursuant to FOIA Exemptions 5 and 6, 8 pages were duplicates, 1 page was non-responsive, 22 pages have been referred to the DHS Office of Inspector General (OIG) for review and direct response to you and 62 pages have been referred to CBP for review and direct response to you. The contact information for OIG is also provided below.

CBP FOIA Officer/Public Liaison: Sabrina Burroughs
1300 Pennsylvania Avenue, NW, Room 3.3D
Washington, D.C. 20229

DHS-OIG Counsel
STOP 0305
245 Murray Lane, SW
Washington, D.C. 20528-0305

The 142 pages for release are attached and bates stamped DHS-001-513-000208 to DHS-01-513-000350. If you need to contact our office about this matter, please refer to **2017-HQFO-00513**. You may contact this office at 1-866-431-0486 or 202-343-1743.

Sincerely,

Kevin L. Tyrrell
Director FOIA Appeals and Litigation

2