# EXHIBIT N

Below is the information retrieved so far.  We haven't heard back yet from OFO to know if there was an official response from the field.



(b) (6), (b) (7)(C) was processed inbound on July 14, 2016 through ____ (b) (7)(E) ____ (b) (6), (b) (7)(C), (b) (7)(E)

(b) (7)(E)

Last Name (b) (6), (b) (7)(C)
First (Given) Name (b) (6), (b) (7)(C)
Birth Date (Day/Mo/Yr) (b) (6), (b) (7)(C)
Age
Gender
(b) (6), (b) (7)(C) Race
Document Country (b) (6), (b) (7)(C)
Document Number (b) (6), (b) (7)(C)
Document Type
PASSPORT NUMBER (P)

Location Information

(b) (6), (b) (7)(C), (b) (7)(E)

Remarks (b) (7)(E)

(b) (6), (b) (7)(C), (b) (7)(E)







50
minutes