# EXHIBIT O

**FOR OFFICIAL USE ONLY**

**Muster 2009-17**

**Week of Muster:**     Upon Receipt

**Headquarters POC:**   Operations, Tactical Operations Division
                        (b)(6);(b)(7)(C)     (b)(6);(b)(7)(C)

**SUBJECT:**            (b) (7)(E)

Certain ports of entry currently use ▓▓▓ (b)(7)(E) ▓▓▓ when conducting a Border Search of Electronic Devices Containing Information. (b)(7)(E)
(b) (7)(E)

Effective January 17, 2009 (b) (7)(E)
(b) (7)(E)



You are reminded that all border searches of information contained in electronic devices must be performed in accordance with CBP Directive 3340-049, "Border Search of Electronic Devices Containing Information" dated August 20, 2009. Copies information must be handled, and destroyed if required, in accordance with section 5.4.1.2 of the

FOR OFFICIAL USE ONLY

(b)(7)(E)

FOR OFFICIAL USE ONLY