**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      Defendants. | **Oral Argument Requested**<br><br>Civil Action No. 1:17-cv-00548-TSC |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Knight First Amendment Institute at Columbia University moves for summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure. The grounds for the Plaintiff's cross-motion and opposition to the Defendants' motion appear in the accompanying memorandum.

                Respectfully,

Date: March 3, 2020

Caroline M. DeCell (1015491)
Stephanie C. Krent*
KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA UNIVERSITY
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
carrie.decell@knightcolumbia.org
stephanie.krent@knightcolumbia.org

*Application for admission *pro hac vice* pending.

                */s/ Matthew S. Hellman*
                Matthew S. Hellman
                1099 New York Ave., NW Suite 900
                Washington, DC 20001
                T: (202) 639-6000
                F: (202) 639-6066
                mhellman@jenner.com

                Ethan Wong (admission pending)
                JENNER & BLOCK LLP
                919 Third Avenue
                New York, NY 1002
                T: (212) 891-1600
                ewong@jenner.com