# EXHIBIT A



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

| 09/05/2018 10:29 EDT | Generated By: (b) (6), (b) (7)(C) | Page 1 of 5 |
|---|---|---|
| REPORT NUMBER: (b) (7)(E) | | REPORT STATUS: (b) (7)(E) |

### Summary Information

| Authorizing Supervisor | Reason For Search | Port Code |
|---|---|---|
| | (b) (7)(E) | (b) (7)(E) |

| Incident Date | (b) (7)(E) | |
|---|---|---|
| 09/03/2017 | | |

| Last Name | First Name | Middle Initial |
|---|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | |

| Date of birth | Gender | Race |
|---|---|---|
| (b) (6), (b) (7)(C) | M - Male | W - WHITE |

| Country Of Birth | Citizenship |
|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |

| Document Type | Document Number |
|---|---|
| | |

| Issuing Country | State/Province |
|---|---|
| | |

| I/O | Notified Traveler Of Search |
|---|---|
| I - Inbound | (b) (7)(E) |

| Tear Sheet Provided | Reason Tearsheet Not Provided |
|---|---|
| (b) (7)(E) | (b) (7)(E) |

| Officer/Agent |
|---|
| (b) (6), (b) (7)(C)   [CBP OFFICER] |

| Approving Supervisor |
|---|
| (b) (6), (b) (7)(C) |

| Exam Result |
|---|
| |

### Item 01  Details

| Item Type | Make | Model |
|---|---|---|
| CEL - CELLPHONE/ALL COMM DEVICES | (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |

| ID1 | Number |
|---|---|
| I - International Mobile Station Equipment Identity (IMEI) Number | (b) (6), (b) (7)(C) |

| ID2 | Number |
|---|---|
| S - Serial Number | (b) (6), (b) (7)(C) |

| Airplane / data mode disabled? | Device Exam Result |
|---|---|
| | |

| Inspection Start Date | Time | Inspection End Date | Time |
|---|---|---|---|
| 09/03/2017 | 13:42 | 09/03/2017 | 15:30 |

### Actions

| Action | Date | Action Status | Additional Information |
|---|---|---|---|
| (b) (7)(E) and Returned to Traveler | 09/03/2017 | N/A | (b) (7)(E) |

### REMARKS

(b) (6), (b) (7)(C)   09/23/2017 12:42
(b) (7)(E)
(b) (6), (b) (7)(C), (b) (7)(E)
(b) (7)(E)                                    a media

~~For Official Use Only / Law Enforcement Sensitive~~   CBP004721



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

09/05/2018 10:29 EDT    Generated By: (b) (6), (b) (7)(C)    Page 2 of 5

REPORT NUMBER: (b) (7)(E)    REPORT STATUS: (b) (7)(E)

examination was requested and granted.

**(b) (7)(E), (b) (6), (b) (7)(C)**

(b) (6), (b) (7)(C)    09/03/2017 18:30
(b) (7)(E)

(b) (7)(E)

CCBPO (b) (6), (b) (7)(C) approved the exam, and a BSI Tear Sheet was provided to the subject. The information in the phone was protected at all times from unauthorized disclosure. The phone was returned to the subject.

The subject's cell phone was powered on by the subject when he handed it to the officer and it was still on when it was returned. The cellular data was disabled prior to viewing the phone content.
It was viewed from 1342 - 1530 hours.

(b) (7)(E)
(b) (7)(E)

(b) (7)(E), (b) (6), (b) (7)(C)

Bios:
Name: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
DOB: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
(b) (6), (b) (7)(C) - issued: (b) (6), (b) (7)(C) - expires (b) (6), (b) (7)(C)
Address: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
DLN#: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
Email: (b) (6), (b) (7)(C)    (b) (6), (b) (7)(C)

For Official Use Only / Law Enforcement Sensitive
CBP004722



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

09/05/2018 10:29 EDT          Generated By:  (b) (6), (b) (7)(C)          Page 3 of 5
REPORT NUMBER: (b) (7)(E)                                                 REPORT STATUS: (b) (7)(E)

Spouse:    (b) (6), (b) (7)(C)   ; DOB: (b) (6), (b) (7)(C)

(b) (7)(E)

Subject is a (b) (6), (b) (7)(C) who has been in (b) (6), (b) (7)(C), which is part of (b) (6), (b) (7)(C), (b) (6), (b) (7)(C) for the past 5 weeks arriving at (b) (7)(E) Airport (b) (6), (b) (7)(C) onboard (b) (6), (b) (7)(C) Subject said he was (b) (6), (b) (7)(C).
(b) (6), (b) (7)(C)

Subject said he owns (b) (6), (b) (7)(C), (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) (b) (6), (b) (7)(C). (b) (6), (b) (7)(C) (b) (6), (b) (7)(C). (b) (6), (b) (7)(C) (b) (6), (b) (7)(C)

Subject was asked if he or his brothers ever had to (b) (6), (b) (7)(C) and said "no". Subject said that he moved (b) (6), (b) (7)(C) (b) (6), (b) (7)(C). Subject worked for (b) (6), (b) (7)(C) in (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) before he came to the United States. Subject said they he does not have any other business (b) (6), (b) (7)(C) (b) (6), (b) (7)(C)

Subject was asked if he or his family is (b) (6), (b) (7)(C), subject replied "we are neither, we stay out of politics, my family is not political." Subject was asked if he or any of his family are (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C)

Subject attended college in (b) (6), (b) (7)(C) studying at (b) (6), (b) (7)(C) and graduated with an (b) (6), (b) (7)(C) degree. Subject has valid permits to (b) (6), (b) (7)(C) (see attachments).
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

**(b) (6), (b) (7)(C), (b) (7)(E)**

For Official Use Only / Law Enforcement Sensitive                CBP004723



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

| | | |
|---|---|---|
| 09/05/2018 10:29 EDT | Generated By: (b) (6), (b) (7)(C) | Page 4 of 5 |
| REPORT NUMBER: (b) (7)(E) | | REPORT STATUS: (b) (7)(E) |

(b) (6), (b) (7)(C), (b) (7)(E)

(b) (6), (b) (7)(C), (b) (7)(E)

(b) (6), (b) (7)(C), (b) (7)(E)

The subject stated that he would be picked up from the airport by (b) (6), (b) (7)(C) (DOB: (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) a (b) (6), (b) (7)(C) friend that recently re-located from (b) (6), (b) (7)(C). He stated (b) (6), (b) (7)(C) is married to (b) (6), (b) (7)(C) (DOB: (b) (6), (b) (7)(C)

(b) (7)(E)

(b) (7)(E)                                                                 , everything else did

~~For Official Use Only / Law Enforcement Sensitive~~      CBP004724



U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Electronic Media Report

09/05/2018 10:29 EDT　　　Generated By: (b) (6), (b) (7)(C)　　　Page 5 of 5

REPORT NUMBER: (b) (7)(E)　　　REPORT STATUS: (b) (7)(E)

For Official Use Only / Law Enforcement Sensitive

CBP004725