# EXHIBIT B

Pursuant to Section 8(b) of the Seventh Joint Status Report, Dkt. No. 30, Knight First Amendment Institute at Columbia University v. DHS, Case No. 1:17-cv-00548-TSC (June 29, 2018), this spreadsheet consists of information from non-exempt data fields contained in incident-level reports relating to border searches of electronic devices conducted by CBP from the beginning of Fiscal Year 2012 through December 31, 2017.

Information from the following data fields was excluded from this spreadsheet as exempt under FOIA exemption (b)(7)(E): Report Number; Exam Result; Reason for Search; Report Status; Port Code; Notified Traveler of Search; Tear Sheet Provided?; and Reason Tear Sheet Not Provided.  Information from the following data fields was excluded from this spreadsheet as exempt under FOIA exemptions (b)(6) and (b)(7)(C): Last Name; First Name; Authorizing Supervisor; Date of Birth; Country of Birth; Country of Citizenship; Document Number; Document Type; Issuing Country; State/Province; Created by Officer/Agent; Last Updated User; Assigned Report Approval Supervisor; and Actual Report Approval Supervisor.  This spreadsheet also does not include information associated with certain data fields whose titles are also exempt under FOIA Exemption (b)(7)(E) and does not include information that does not appear in the individual incident-level reports that are the subject of Section 8(b) of the Seventh Joint Status Report.

| Inspection DateTime | Gender | Race | Direction | Action Approval Date | Devide Type Code | Device Type Name |
|---|---|---|---|---|---|---|
| 10/05/2011 09:04:00 | UNKNOWN | UNKNOWN | INBOUND | 10/05/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/05/2011 12:36:00 | UNKNOWN | UNKNOWN | INBOUND | 10/05/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/05/2011 12:36:00 | UNKNOWN | UNKNOWN | INBOUND | 10/05/2011 00:00:00 | CMP | COMPUTER/LAPTOP |
| 10/05/2011 12:36:00 | UNKNOWN | UNKNOWN | INBOUND | 10/05/2011 00:00:00 | ESM | ELECTRONIC STORAGE MEDIA (FLASH, HDD) |
| 10/07/2011 15:59:00 | UNKNOWN | UNKNOWN | INBOUND | 10/07/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/07/2011 15:59:00 | UNKNOWN | UNKNOWN | INBOUND | 10/07/2011 00:00:00 | CMP | COMPUTER/LAPTOP |
| 10/08/2011 10:44:00 | UNKNOWN | UNKNOWN | INBOUND | 10/08/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/08/2011 10:44:00 | UNKNOWN | UNKNOWN | INBOUND | 10/08/2011 00:00:00 | CMP | COMPUTER/LAPTOP |
| 10/08/2011 19:31:00 | UNKNOWN | UNKNOWN | INBOUND | 10/08/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/08/2011 19:31:00 | UNKNOWN | UNKNOWN | INBOUND | 10/08/2011 00:00:00 | SIM | SIM CARD |
| 10/09/2011 14:37:00 | UNKNOWN | UNKNOWN | INBOUND | 10/09/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/09/2011 14:37:00 | UNKNOWN | UNKNOWN | INBOUND | 10/09/2011 00:00:00 | SIM | SIM CARD |
| 10/09/2011 19:15:00 | UNKNOWN | UNKNOWN | INBOUND | 10/09/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/09/2011 19:15:00 | UNKNOWN | UNKNOWN | INBOUND | 10/09/2011 00:00:00 | SIM | SIM CARD |
| 10/09/2011 19:47:00 | UNKNOWN | UNKNOWN | INBOUND | 10/09/2011 00:00:00 | SIM | SIM CARD |
| 10/09/2011 19:56:00 | UNKNOWN | UNKNOWN | INBOUND | 10/09/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/09/2011 19:56:00 | UNKNOWN | UNKNOWN | INBOUND | 10/09/2011 00:00:00 | PCN | PORTABLE CONSOLES (MP3,MEDIA/GAME/I-TOUCH) |
| 10/10/2011 00:22:00 | UNKNOWN | UNKNOWN | INBOUND |  | ESM | ELECTRONIC STORAGE MEDIA (FLASH, HDD) |
| 10/10/2011 19:17:00 | UNKNOWN | UNKNOWN | INBOUND | 10/10/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/11/2011 12:04:00 | UNKNOWN | UNKNOWN | OUTBOUND | 10/18/2011 00:00:00 | CMP | COMPUTER/LAPTOP |
| 10/11/2011 12:04:00 | UNKNOWN | UNKNOWN | OUTBOUND | 10/18/2011 00:00:00 | ESM | ELECTRONIC STORAGE MEDIA (FLASH, HDD) |
| 10/13/2011 06:40:00 | UNKNOWN | UNKNOWN | INBOUND | 10/13/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/15/2011 00:34:00 | UNKNOWN | UNKNOWN | INBOUND | 10/15/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/16/2011 19:41:00 | UNKNOWN | UNKNOWN | INBOUND | 10/16/2011 00:00:00 | SIM | SIM CARD |
| 10/22/2011 15:29:00 | UNKNOWN | UNKNOWN | INBOUND | 10/22/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/23/2011 17:56:00 | UNKNOWN | UNKNOWN | INBOUND | 10/23/2011 00:00:00 | SIM | SIM CARD |
| 10/23/2011 17:56:00 | UNKNOWN | UNKNOWN | INBOUND | 10/24/2011 00:00:00 | SIM | SIM CARD |
| 10/25/2011 17:09:00 | UNKNOWN | UNKNOWN | INBOUND | 10/26/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/25/2011 17:09:00 | UNKNOWN | UNKNOWN | INBOUND | 10/26/2011 00:00:00 | SIM | SIM CARD |
| 10/25/2011 17:15:00 | UNKNOWN | UNKNOWN | INBOUND | 10/25/2011 00:00:00 | SIM | SIM CARD |
| 10/25/2011 17:37:00 | UNKNOWN | UNKNOWN | INBOUND | 10/25/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/25/2011 17:37:00 | UNKNOWN | UNKNOWN | INBOUND | 10/25/2011 00:00:00 | SIM | SIM CARD |
| 10/26/2011 18:22:00 | UNKNOWN | UNKNOWN | INBOUND | 10/26/2011 00:00:00 | SIM | SIM CARD |
| 10/26/2011 22:45:00 | UNKNOWN | UNKNOWN | INBOUND | 10/26/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/26/2011 22:45:00 | UNKNOWN | UNKNOWN | INBOUND | 10/26/2011 00:00:00 | SIM | SIM CARD |
| 10/27/2011 08:31:00 | UNKNOWN | UNKNOWN | INBOUND | 10/27/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/27/2011 09:49:00 | UNKNOWN | UNKNOWN | INBOUND | 10/27/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/27/2011 09:49:00 | UNKNOWN | UNKNOWN | INBOUND | 10/27/2011 00:00:00 | SIM | SIM CARD |
| 10/27/2011 14:39:00 | UNKNOWN | UNKNOWN | INBOUND | 10/27/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/27/2011 14:39:00 | UNKNOWN | UNKNOWN | INBOUND | 10/27/2011 00:00:00 | CMP | COMPUTER/LAPTOP |
| 10/29/2011 19:47:00 | UNKNOWN | UNKNOWN | INBOUND | 10/29/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/29/2011 19:47:00 | UNKNOWN | UNKNOWN | INBOUND | 10/29/2011 00:00:00 | SIM | SIM CARD |
| 10/29/2011 21:51:00 | UNKNOWN | UNKNOWN | INBOUND | 10/29/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/29/2011 21:51:00 | UNKNOWN | UNKNOWN | INBOUND | 10/29/2011 00:00:00 | PCN | PORTABLE CONSOLES (MP3,MEDIA/GAME/I-TOUCH) |
| 10/29/2011 21:51:00 | UNKNOWN | UNKNOWN | INBOUND | 10/29/2011 00:00:00 | SIM | SIM CARD |
| 10/30/2011 22:56:00 | UNKNOWN | UNKNOWN | INBOUND | 10/30/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/30/2011 22:56:00 | UNKNOWN | UNKNOWN | INBOUND | 10/30/2011 00:00:00 | SIM | SIM CARD |
| 10/31/2011 20:00:00 | UNKNOWN | UNKNOWN | INBOUND | 10/31/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 10/31/2011 20:00:00 | UNKNOWN | UNKNOWN | INBOUND | 10/31/2011 00:00:00 | SIM | SIM CARD |
| 11/01/2011 23:38:00 | UNKNOWN | UNKNOWN | INBOUND | 11/01/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 11/01/2011 23:38:00 | UNKNOWN | UNKNOWN | INBOUND | 11/01/2011 00:00:00 | SIM | SIM CARD |
| 11/01/2011 23:38:00 | UNKNOWN | UNKNOWN | INBOUND | 11/02/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 11/01/2011 23:44:00 | UNKNOWN | UNKNOWN | INBOUND | 11/01/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 11/01/2011 23:44:00 | UNKNOWN | UNKNOWN | INBOUND | 11/02/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 11/05/2011 09:07:00 | UNKNOWN | UNKNOWN | INBOUND | 11/05/2011 00:00:00 | CEL | CELLPHONE/ALL COMM DEVICES |
| 11/05/2011 09:07:00 | UNKNOWN | UNKNOWN | INBOUND | 11/05/2011 00:00:00 | CMP | COMPUTER/LAPTOP |