# EXHIBIT C



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

| 02/20/2018 11:19 EST | Generated By: (b) (6), (b) (7)(C) | Page 1 of 2 |
|---|---|---|
| REPORT NUMBER (b) (7)(E) | | REPORT STATUS: (b) (7)(E) |

| Summary Information | | |
|---|---|---|
| Authorizing Supervisor | Reason For Search | Port Code |
|  | (b) (7)(E) | (b) (7)(E) |
| Comments | | |
| (b) (7)(E) | | |
| Incident Date | (b) (7)(E) | |
| 02/10/2017 | | |
| Last Name | First Name | Middle Initial |
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | |
| Date of birth | Gender | Race |
| (b) (6), (b) (7)(C) | F - Female | A - ASIAN |
| Country Of Birth | Citizenship | |
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) | |
| Document Type | Document Number | |
|  |  | |
| Issuing Country | State/Province | |
|  |  | |
| I/O | Notified Traveler Of Search | |
| I - Inbound | (b) (7)(E) | |
| Tear Sheet Provided | Reason Tearsheet Not Provided | |
| (b) (7)(E) | (b) (7)(E) | |
| Officer/Agent | | |
| (b) (6), (b) (7)(C)    [CBP OFFICER] | | |
| Approving Supervisor | | |
| (b) (6), (b) (7)(C) | | |
| Exam Result | | |
|  | | |

| Item 01  Details | | | |
|---|---|---|---|
| Item Type | | Make | Model |
| CEL - CELLPHONE/ALL COMM DEVICES | | (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |
| ID1 | | Number | |
| I - International Mobile Station Equipment Identity (IMEI) Number | | (b) (6), (b) (7)(C) | |
| ID2 | | Number | |
|  | | N/A | |
| Airplane / data mode disabled? | | Device Exam Result | |
|  | | | |
| Inspection Start Date | Time | Inspection End Date | Time |
| 02/10/2017 | 12:35 | 02/10/2017 | 12:40 |
| Actions | | | |
| Action | Date | Action Status | Additional Information |
| (b) (7)(E) and Returned to Traveler | 02/10/2017 | N/A | (b) (7)(E) |

**REMARKS**

(b) (6), (b) (7)(C)          02/10/2017 13:24

TRAVEL INFORMATION: (b) (6), (b) (7)(C)
REASON FOR SECONDARY REFERRAL: (b) (7)(E)

**For Official Use Only / Law Enforcement Sensitive**     CBP001469



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

02/20/2018 11:19 EST                Generated By: (b) (6), (b) (7)(C)                Page 2 of 2

REPORT NUMBER: (b) (7)(E)                                                             REPORT STATUS (b) (7)(E)

(b) (7)(E)

PASSPORT NUMBER/COUNTRY: (b) (6), (b) (7)(C)
ADDITIONAL PASSPORT NUMBERS/COUNTRIES: n/a
LPR CLASSIFICATION AND A#/VISA CLASSIFICATION (IF ANY) (b) (6), (b) (7)(C)
DISPOSITION (ADMITTED, DENIED/REFUSED, ARRESTED): (b) (7)(E), (b) (6), (b) (7)(C)
(b) (7)(E)
NAME OF SUPERVISOR WITNESSING OR SUPERVISORY NOTIFICATION: SCBPO (b) (6), (b) (7)(C)
(b) (7)(E)
(b) (7)(E)
(b) (7)(E)

1. PURPOSE OF TRIP: (b) (6), (b) (7)(C)
2. DURATION OF TRIP: n/a
3. (b) (6), (b) (7)(C)
4. PLACES VISITED ABROAD/PLACES TO BE VISITED IN THE U.S.: n/a
5. (b) (7)(E)
6. OCCUPATION: n/a
7. (b) (7)(E)
8. VALUE OF CASH AND OTHER MONETARY INSTRUMENTS IN THE TRAVELER'S POSSESSION/ AMOUNT OF OUTBOUND CURRENCY: n/a
9. (b) (6), (b) (7)(C)
10. (b) (7)(E)
(b) (7)(E)
11. CITY AND COUNTRY OF BIRTH: (b) (6), (b) (7)(C)
12. CURRENT ADDRESS AND TELEPHONE NUMBER (INCLUDE ZIP CODE): (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
13. (b) (7)(E)
14. (b) (7)(E)
(b) (7)(E)