# EXHIBIT D



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

| 04/17/2018 13:42 EDT | Generated By: (b) (6), (b) (7)(C) | Page 1 of 5 |
|---|---|---|
| REPORT NUMBER: (b) (7)(E) | | REPORT STATUS: (b) (7)(E) |

### Summary Information

| Authorizing Supervisor | Reason For Search | Port Code |
|---|---|---|
| | (b) (7)(E) | (b) (7)(E) |

| Comments |
|---|
| (b) (7)(E) |

| Incident Date | (b) (7)(E) |
|---|---|
| 09/28/2016 | |

| Last Name | First Name | Middle Initial |
|---|---|---|
| (b) (6), (b) (7)(C) | (b)(6);(b)(7)(c) | |

| Date of birth | Gender | Race |
|---|---|---|
| (b) (6), (b) (7)(C) | M - Male | U - UNKNOWN |

| Country Of Birth | Citizenship |
|---|---|
| (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |

| Document Type | Document Number |
|---|---|
| | |

| Issuing Country | State/Province |
|---|---|
| | |

| I/O | Notified Traveler Of Search |
|---|---|
| I - Inbound | (b) (7)(E) |

| Tear Sheet Provided | Reason Tearsheet Not Provided |
|---|---|
| (b)(7)(e) | |

| Officer/Agent |
|---|
| (b) (6), (b) (7)(C)    [SUP CBP OFFICER] |

| Approving Supervisor |
|---|
| (b) (6), (b) (7)(C) |

| Exam Result |
|---|
| |

### Item 01 Details

| Item Type | Make | Model |
|---|---|---|
| CEL - CELLPHONE/ALL COMM DEVICES | (b)(6),(b)(7)(C) | (b) (6), (b) (7)(C) |

| ID1 | Number |
|---|---|
| I - International Mobile Station Equipment Identity (IMEI) Number | (b) (6), (b) (7)(C) |

| ID2 | Number |
|---|---|
| S - Serial Number | (b) (6), (b) (7)(C) |

| Airplane / data mode disabled? | Device Exam Result |
|---|---|
| | |

| Inspection Start Date | Time | Inspection End Date | Time |
|---|---|---|---|
| 09/28/2016 | 11:10 | 09/28/2016 | 11:15 |

### Actions

| Action | Date | Action Status | Additional Information |
|---|---|---|---|
| (b) (7)(E) and Returned to Traveler | 09/28/2016 | N/A | (b) (7)(E) |

### Item 02 Details

| Item Type | Make | Model |
|---|---|---|
| CEL - CELLPHONE/ALL COMM DEVICES | (b)(6),(b)(7)(C) | (b) (6), (b) (7)(C) |

| ID1 | Number |
|---|---|
| I - International Mobile Station Equipment Identity (IMEI) Number | (b) (6), (b) (7)(C) |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

| 04/17/2018 13:42 EDT | Generated By: (b) (6), (b) (7)(C) | Page 2 of 5 |
|---|---|---|
| REPORT NUMBER: (b) (7)(E) | | REPORT STATUS: (b) (7)(E) |

| ID2 | | Number | |
|---|---|---|---|
| S - Serial Number | | (b) (6), (b) (7)(C) | |
| Airplane / data mode disabled? | | Device Exam Result | |
| | | | |
| Inspection Start Date | Time | Inspection End Date | Time |
| 09/28/2016 | 11:16 | 09/28/2016 | 11:20 |
| Actions | | | |
| Action | Date | Action Status | Additional Information |
| (b) (7)(E) and Returned to Traveler | 09/28/2016 | N/A | (b) (7)(E) |
| Item 03 Details | | | |
| Item Type | | Make | Model |
| CEL - CELLPHONE/ALL COMM DEVICES | | (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |
| ID1 | | Number | |
| I - International Mobile Station Equipment Identity (IMEI) Number | | (b) (6), (b) (7)(C) | |
| ID2 | | Number | |
| S - Serial Number | | (b) (6), (b) (7)(C) | |
| Airplane / data mode disabled? | | Device Exam Result | |
| | | | |
| Inspection Start Date | Time | Inspection End Date | Time |
| 09/28/2016 | 11:17 | 09/28/2016 | 11:25 |
| Actions | | | |
| Action | Date | Action Status | Additional Information |
| (b) (7)(E) and Returned to Traveler | 09/28/2016 | N/A | (b) (7)(E) |

**REMARKS**

(b) (6), (b) (7)(C)   09/28/2016 11:58
(b) (7)(E)


IOEM Numbers:
(b) (7)(E)



(b) (7)(E)                                                              .

Summary:

Subject (b) (6), (b) (7)(C)                                                                was
(b)(6);(b)(7)(c)
(b) (6), (b) (7)(C)   that he was traveling there for vacation for 2 to 3 days possibly a week. (b) (6), (b) (7)(C) was in possession of approximately (b) (6), (b) (7)(C) at time of application (b) (6), (b) (7)(C) with



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

04/17/2018 13:42 EDT         Generated By: (b) (6), (b) (7)(C)         Page 3 of 5
REPORT NUMBER: (b) (7)(E)                                             REPORT STATUS: (b) (7)(E)

no luggage for his trip. (b) (6), (b) (7)(C)
.

Details:

(b) (6), (b) (7)(C)                                              was attempting
(b)(6);(b)(7)(c)
(b)(6);(b)(7)(c)         . The trip was for 2 to 3 days, but possibly a week
depending on how the meet went.  (b)(6);(b)(7)(c)
(b)(6);(b)(7)(c)

(b) (6), (b) (7)(C) is employed in a café located in the (b) (6), (b) (7)(C)
where she maintains (b) (6), (b) (7)(C)      . (b) (6), (b) (7)(C) was found to be in possession of
photographs of (b) (6), (b) (7)(C)   which (b) (6), (b) (7)(C) maintained. According to (b) (6), (b) (7)(C)
     informed him that she has no issues (b) (7)(E)                   with the
documents. (b)(6);(b)(7)(c)

(b)(6);(b)(7)(c)

(b)(6);(b)(7)(c)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C) states that he travels to (b)(6);(b)(7)(c) approximately every year and a half to two years
to spend a few months with (b) (6), (b) (7)(C)
.                            (b)(6);(b)(7)(c)
(b) (6), (b) (7)(C)                                         When asked about the
petition which he filed for (b) (6), (b) (7)(C)   stated that he did not file (b) (6), (b) (7)(C)
               until (b) (6), (b) (7)(C)  because he had informed (b) (6), (b) (7)(C) that
life in the United States was hard and she would not want to live here. (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C) stated that he currently owns a house in (b) (6), (b) (7)(C) where he and his family
return for visits. (b) (6), (b) (7)(C) just return to the United States on (b) (6), (b) (7)(C)   from



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

04/17/2018 13:42 EDT          Generated By: (b) (6), (b) (7)(C)          Page 4 of 5
REPORT NUMBER: (b) (7)(E)                                              REPORT STATUS: (b) (7)(E)

(b)(6);(b)(7)(c) raveling there on (b) (6), (b) (7)(C) through (b)(6),(b)(7)(c) where he obtained a rental vehicle and drove to his home (b) (6), (b) (7)(C). (b) (6), (b) (7)(C) states that when he traveled he brought (b) (6), (b) (7)(C) which he saved from his employment as (b)(6);(b)(7)(c) When inquiry was made about why he did not receive a stamp upon entrance into (b)(6);(b)(7)(c) e stated that (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C) was (b) (7)(E)
. (b) (6), (b) (7)(C) said that he was in (b) (6), (b) (7)(C) from (b) (6), (b) (7)(C) until (b) (6), (b) (7)(C) (b) (7)(E). (b) (6), (b) (7)(C) stated that on this trip (b)(6);(b)(7)(c) to provide while he was in (b)(6);(b)(7)(c) made reference in regards to (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C) is expressing interest in bringing (b) (6), (b) (7)(C) to the United States at this time as (b) (6), (b) (7)(C) He says he spends three months in (b) (6), (b) (7)(C) at a time (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C) phone was reviewed with images of (b) (6), (b) (7)(C) (b) (7)(E). (b) (6), (b) (7)(C) had photographs ranging from (b) (6), (b) (7)(C) until (b) (6), (b) (7)(C) showing (b) (6), (b) (7)(C) According to (b) (6), (b) (7)(C) all of the pictures (b) (6), (b) (7)(C) Then saved it to his phone so that he may show (b) (6), (b) (7)(C) what was occurring in (b)(6);(b)(7)(c) One photograph which was located showed a (b) (6), (b) (7)(C).

(b) (6), (b) (7)(C) stated that he is not opposed to be contacted in the future and provided (b) (6), (b) (7)(C) as an accurate number. Residence is currently (b) (6), (b) (7)(C)

Disposition:
ABDULLA admitted (b) (6), (b) (7)(C)

(b) (7)(E)

(b) (7)(E)

FINS Numbers:
(b) (7)(E)

For Official Use Only / Law Enforcement Sensitive

CBP002298



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**

| 04/17/2018 13:42 EDT | Generated By: (b) (6), (b) (7)(C) | Page 5 of 5 |
|---|---|---|
| REPORT NUMBER: (b) (7)(E) | | REPORT STATUS: (b) (7)(E) |

Brothers:
(b) (6), (b) (7)(C)

Sisters:
(b) (6), (b) (7)(C)

EMAIL:
(b) (6), (b) (7)(C)

CBP Timeline:
- 0355 encountered on primary (b) (6), (b) (7)(C)
- 0410 (b) (7)(E) and declaration completed
- 0430 - 0530 (b) (7)(E) Completed with negative results.
- 0531 (b) (7)(E) notified (b) (7)(E) 0553
- 0635 Contacted (b) (7)(E) (b) (6), (b) (7)(C) (b) (7)(E)
- 0734 (b) (7)(E) (b) (6), (b) (7)(C) contacted via Sector will respond to port.
- 0745 Interviewed by CBPO (b) (6), (b) (7)(C) and CBPO (b) (6), (b) (7)(C).
- 0915 Interview completed by CBPO (b) (6), (b) (7)(C) and CBPO (b) (6), (b) (7)(C).
- 0918 (b) (7)(E) (b) (6), (b) (7)(C) arrived and interviewed subject.
- 0950 Interview completed by (b) (7)(E) (b) (6), (b) (7)(C).

For Official Use Only / Law Enforcement Sensitive

CBP002299