# EXHIBIT E

**(b) (7)(E)**

| Category | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | Total |
|---|---|---|---|---|---|---|---|
| Search/Inspection (Device Count) | | | | | | | |
| Detained (Device Count) | | | | | | | |
| Seized (Device Count) | | | | | | | |
| TOT Other Agency (Device Count) | | | | | | | |

**(b) (7)(E)**

**(b) (5), (b) (7)(E)**

**(b) (7)(E)**

| Category | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | Total |
|---|---|---|---|---|---|---|---|
| Search/Inspections (Incident Count) | 5,085 | 5,709 | 6,029 | 8,503 | 19,033 | 17,209 | 61,648 |

**(b) (7)(E)**



| | 2016 | | | | 2017 | | | |
|---|---|---|---|---|---|---|---|---|
| | FEMALE | MALE | UNKNOWN | TOTAL | FEMALE | MALE | UNKNOWN | TOTAL |
| AFGHANISTAN | | | | | | | | |
| ALBANIA | | | | | | | | |
| ALGERIA | | | | | | | | |
| AMERICAN SAMOA | | | | | | | | |
| ANGOLA | | | | | | | | |
| ANTIGUA AND BARBUDA | | | | | | | | |
| ARGENTINA | | | | | | | | |
| ARMENIA | | | | | | | | |
| ARUBA | | | | | | | | |
| AUSTRALIA | | | | | | | | |
| AUSTRIA | | | | | | | | |
| AZERBAIJAN | | | | | | | | |
| BAHAMAS | | | | | | | | |
| BAHRAIN | | | | | | | | |
| BANGLADESH | | | | | | | | |
| BARBADOS | | | | | | | | |
| BELARUS | | | | | | | | |
| BELGIUM | | | | | | | | |
| BELIZE | | | | | | | | |
| BENIN | | | | | | | | |
| BERMUDA | | | | | | | | |
| BHUTAN | | | | | | | | |
| BOLIVIA | | | | | | | | |
| BOSNIA AND HERZEGOVINA | | | | | | | | |
| BOTSWANA | | | | | | | | |
| BRAZIL | | | | | | | | |
| BULGARIA | | | | | | | | |
| BURKINA FASO | | | | | | | | |
| BURUNDI | | | | | | | | |
| CAMBODIA | | | | | | | | |
| CAMEROON | | | | | | | | |
| CANADA | | | | | | | | |
| CAPE VERDE | | | | | | | | |
| CAYMAN ISLANDS | | | | | | | | |
| CHAD | | | | | | | | |
| CHILE | | | | | | | | |
| CHINA | | | | | | | | |
| COLOMBIA | | | | | | | | |
| CONGO | | | | | | | | |
| CONGO, THE DEMOCRATIC REPUBLIC OF THE | | | | | | | | |
| COSTA RICA | | | | | | | | |
| COTE DIVOIRE | | | | | | | | |
| CROATIA | | | | | | | | |
| CUBA | | | | | | | | |
| CYPRUS | | | | | | | | |
| CZECH REPUBLIC | | | | | | | | |
| DENMARK | | | | | | | | |
| DJIBOUTI | | | | | | | | |
| DOMINICAN REPUBLIC | | | | | | | | |
| ECUADOR | | | | | | | | |
| EGYPT | | | | | | | | |
| EL SALVADOR | | | | | | | | |
| EQUATORIAL GUINEA | | | | | | | | |
| ERITREA | | | | | | | | |
| ESTONIA | | | | | | | | |
| ETHIOPIA | | | | | | | | |
| FIJI | | | | | | | | |
| FINLAND | | | | | | | | |
| FRANCE | | | | | | | | |
| FRENCH POLYNESIA | | | | | | | | |
| GABON | | | | | | | | |
| GAMBIA | | | | | | | | |
| GERMANY | | | | | | | | |
| GHANA | | | | | | | | |
| GREECE | | | | | | | | |
| GRENADA | | | | | | | | |
| GUATEMALA | | | | | | | | |
| GUINEA | | | | | | | | |
| GUYANA | | | | | | | | |
| HAITI | | | | | | | | |
| HONDURAS | | | | | | | | |
| HONG KONG | | | | | | | | |
| HUNGARY | | | | | | | | |
| ICELAND | | | | | | | | |
| INDIA | | | | | | | | |
| INDONESIA | | | | | | | | |
| IRAN, ISLAMIC REPUBLIC OF | | | | | | | | |
| IRAQ | | | | | | | | |
| IRELAND | | | | | | | | |
| ISLE OF MAN | | | | | | | | |
| ISRAEL | | | | | | | | |
| ITALY | | | | | | | | |
| JAMAICA | | | | | | | | |
| JAPAN | | | | | | | | |
| JORDAN | | | | | | | | |
| KAZAKHSTAN | | | | | | | | |
| KENYA | | | | | | | | |
| KIRIBATI | | | | | | | | |
| KOREA, REPUBLIC OF | | | | | | | | |
| KUWAIT | | | | | | | | |
| LAO PEOPLES DEMOCRATIC REPUBLIC | | | | | | | | |
| LATVIA | | | | | | | | |
| LEBANON | | | | | | | | |
| LIBERIA | | | | | | | | |
| LIBYAN ARAB JAMAHIRIYA | | | | | | | | |
| LITHUANIA | | | | | | | | |
| LUXEMBOURG | | | | | | | | |
| MACAO | | | | | | | | |
| MACEDONIA, THE FORMER YUGOSLAV REPUBLIC OF | | | | | | | | |
| MALAWI | | | | | | | | |
| MALAYSIA | | | | | | | | |
| MALDIVES | | | | | | | | |
| MALI | | | | | | | | |
| MARSHALL ISLANDS | | | | | | | | |
| MAURITANIA | | | | | | | | |
| MAURITIUS | | | | | | | | |

**(b) (7)(E)**

| | | | |
|---|---|---|---|
| MEXICO | (b) (7)(E) | | |
| MOLDOVA | | | |
| MONGOLIA | | | |
| MONTENEGRO | | | |
| MOROCCO | | | |
| MOZAMBIQUE | | | |
| MYANMAR | | | |
| NAMIBIA | | | |
| NEPAL | | | |
| NETHERLANDS | | | |
| NETHERLANDS ANTILLES | | | |
| NEW ZEALAND | | | |
| NICARAGUA | | | |
| NIGER | | | |
| NIGERIA | | | |
| NORWAY | | | |
| OMAN | | | |
| PAKISTAN | | | |
| PALESTINIAN TERRITORY, OCCUPIED | | | |
| PANAMA | | | |
| PAPUA NEW GUINEA | | | |
| PARAGUAY | | | |
| PERU | | | |
| PHILIPPINES | | | |
| POLAND | | | |
| PORTUGAL | | | |
| PUERTO RICO | | | |
| QATAR | | | |
| ROMANIA | | | |
| RUSSIAN FEDERATION | | | |
| RWANDA | | | |
| SAINT KITTS AND NEVIS | | | |
| SAINT LUCIA | | | |
| SAINT VINCENT AND THE GRENADINES | | | |
| SAMOA | | | |
| SAN MARINO | | | |
| SAUDI ARABIA | | | |
| SENEGAL | | | |
| SERBIA | | | |
| SIERRA LEONE | | | |
| SINGAPORE | | | |
| SLOVAKIA | | | |
| SLOVENIA | | | |
| SOMALIA | | | |
| SOUTH AFRICA | | | |
| SOUTH SUDAN | | | |
| SPAIN | | | |
| SRI LANKA | | | |
| SUDAN | | | |
| SURINAME | | | |
| SWEDEN | | | |
| SWITZERLAND | | | |
| SYRIAN ARAB REPUBLIC | | | |
| TAIWAN, PROVINCE OF CHINA | | | |
| TAJIKISTAN | | | |
| TANZANIA, UNITED REPUBLIC OF | | | |
| THAILAND | | | |
| TOGO | | | |
| TONGA | | | |
| TRINIDAD AND TOBAGO | | | |
| TUNISIA | | | |
| TURKEY | | | |
| TURKMENISTAN | | | |
| TUVALU | | | |
| UGANDA | | | |
| UKRAINE | | | |
| UNITED ARAB EMIRATES | | | |
| UNITED KINGDOM | | | |
| UNITED STATES MINOR OUTLYING ISLANDS | | | |
| UNITED STATES OF AMERICA | | | |
| URUGUAY | | | |
| UZBEKISTAN | | | |
| VENEZUELA | | | |
| VIET NAM | | | |
| YEMEN | | | |
| ZAMBIA | | | |
| ZIMBABWE | | | |
| UNKNOWN | | | |
| TOTAL | (b) (7)(E) | 19,033 (b) (7)(E) | 17,289 |

CBP000148

| Nationality (Incident Count) | ATLANTA | BALTIMORE | BOSTON | BUFFALO | CHICAGO | DETROIT | EL PASO | HOUSTON | LAREDO | LOS ANGELES | MIAMI | NEW ORLEANS | NEW YORK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 2016 | |
| AFGHANISTAN | (b) (7)(E) | | | | | | | | | | | | |
| ALBANIA | | | | | | | | | | | | | |
| ALGERIA | | | | | | | | | | | | | |
| AMERICAN SAMOA | | | | | | | | | | | | | |
| ANGOLA | | | | | | | | | | | | | |
| ANTIGUA AND BARBUDA | | | | | | | | | | | | | |
| ARGENTINA | | | | | | | | | | | | | |
| ARMENIA | | | | | | | | | | | | | |
| ARUBA | | | | | | | | | | | | | |
| AUSTRALIA | | | | | | | | | | | | | |
| AUSTRIA | | | | | | | | | | | | | |
| AZERBAIJAN | | | | | | | | | | | | | |
| BAHAMAS | | | | | | | | | | | | | |
| BAHRAIN | | | | | | | | | | | | | |
| BANGLADESH | | | | | | | | | | | | | |
| BARBADOS | | | | | | | | | | | | | |
| BELARUS | | | | | | | | | | | | | |
| BELGIUM | | | | | | | | | | | | | |
| BELIZE | | | | | | | | | | | | | |
| BENIN | | | | | | | | | | | | | |
| BERMUDA | | | | | | | | | | | | | |
| BHUTAN | | | | | | | | | | | | | |
| BOLIVIA | | | | | | | | | | | | | |
| BOSNIA AND HERZEGOVINA | | | | | | | | | | | | | |
| BOTSWANA | | | | | | | | | | | | | |
| BRAZIL | | | | | | | | | | | | | |
| BULGARIA | | | | | | | | | | | | | |
| BURKINA FASO | | | | | | | | | | | | | |
| BURUNDI | | | | | | | | | | | | | |
| CAMBODIA | | | | | | | | | | | | | |
| CAMEROON | | | | | | | | | | | | | |
| CANADA | | | | | | | | | | | | | |
| CAPE VERDE | | | | | | | | | | | | | |
| CAYMAN ISLANDS | | | | | | | | | | | | | |
| CHAD | | | | | | | | | | | | | |
| CHILE | | | | | | | | | | | | | |
| CHINA | | | | | | | | | | | | | |
| COLOMBIA | | | | | | | | | | | | | |
| CONGO | | | | | | | | | | | | | |
| CONGO, THE DEMOCRATIC REPUBLIC OF THE | | | | | | | | | | | | | |
| COSTA RICA | | | | | | | | | | | | | |
| COTE DIVOIRE | | | | | | | | | | | | | |
| CROATIA | | | | | | | | | | | | | |
| CUBA | | | | | | | | | | | | | |
| CYPRUS | | | | | | | | | | | | | |
| CZECH REPUBLIC | | | | | | | | | | | | | |
| DENMARK | | | | | | | | | | | | | |
| DJIBOUTI | | | | | | | | | | | | | |
| DOMINICAN REPUBLIC | | | | | | | | | | | | | |
| ECUADOR | | | | | | | | | | | | | |
| EGYPT | | | | | | | | | | | | | |
| EL SALVADOR | | | | | | | | | | | | | |
| EQUATORIAL GUINEA | | | | | | | | | | | | | |
| ERITREA | | | | | | | | | | | | | |
| ESTONIA | | | | | | | | | | | | | |
| ETHIOPIA | | | | | | | | | | | | | |
| FIJI | | | | | | | | | | | | | |
| FINLAND | | | | | | | | | | | | | |
| FRANCE | | | | | | | | | | | | | |
| FRENCH POLYNESIA | | | | | | | | | | | | | |
| GABON | | | | | | | | | | | | | |
| GAMBIA | | | | | | | | | | | | | |
| GERMANY | | | | | | | | | | | | | |
| GHANA | | | | | | | | | | | | | |
| GREECE | | | | | | | | | | | | | |
| GRENADA | | | | | | | | | | | | | |
| GUATEMALA | | | | | | | | | | | | | |
| GUINEA | | | | | | | | | | | | | |
| GUYANA | | | | | | | | | | | | | |
| HAITI | | | | | | | | | | | | | |
| HONDURAS | | | | | | | | | | | | | |
| HONG KONG | | | | | | | | | | | | | |
| HUNGARY | | | | | | | | | | | | | |
| ICELAND | | | | | | | | | | | | | |
| INDIA | | | | | | | | | | | | | |
| INDONESIA | | | | | | | | | | | | | |
| IRAN, ISLAMIC REPUBLIC OF | | | | | | | | | | | | | |
| IRAQ | | | | | | | | | | | | | |
| IRELAND | | | | | | | | | | | | | |
| ISLE OF MAN | | | | | | | | | | | | | |
| ISRAEL | | | | | | | | | | | | | |
| ITALY | | | | | | | | | | | | | |
| JAMAICA | | | | | | | | | | | | | |
| JAPAN | | | | | | | | | | | | | |
| JORDAN | | | | | | | | | | | | | |
| KAZAKHSTAN | | | | | | | | | | | | | |
| KENYA | | | | | | | | | | | | | |
| KIRIBATI | | | | | | | | | | | | | |
| KOREA, REPUBLIC OF | | | | | | | | | | | | | |
| KUWAIT | | | | | | | | | | | | | |
| LAO PEOPLES DEMOCRATIC REPUBLIC | | | | | | | | | | | | | |
| LATVIA | | | | | | | | | | | | | |
| LEBANON | | | | | | | | | | | | | |
| LIBERIA | | | | | | | | | | | | | |
| LIBYAN ARAB JAMAHIRIYA | | | | | | | | | | | | | |
| LITHUANIA | | | | | | | | | | | | | |
| LUXEMBOURG | | | | | | | | | | | | | |
| MACAO | | | | | | | | | | | | | |
| MACEDONIA, THE FORMER YUGOSLAV REPUBLIC OF | | | | | | | | | | | | | |
| MALAWI | | | | | | | | | | | | | |
| MALAYSIA | | | | | | | | | | | | | |
| MALDIVES | | | | | | | | | | | | | |
| MALI | | | | | | | | | | | | | |
| MARSHALL ISLANDS | | | | | | | | | | | | | |
| MAURITANIA | | | | | | | | | | | | | |
| MAURITIUS | | | | | | | | | | | | | |
| MEXICO | | | | | | | | | | | | | |
| MOLDOVA | | | | | | | | | | | | | |
| MONGOLIA | | | | | | | | | | | | | |
| MONTENEGRO | | | | | | | | | | | | | |
| MOROCCO | | | | | | | | | | | | | |
| MOZAMBIQUE | | | | | | | | | | | | | |
| MYANMAR | | | | | | | | | | | | | |

CBP000149



| PORTLAND | SAN DIEGO | SAN FRANCISCO | SAN JUAN | SEATTLE | TAMPA | TUCSON | PRECLEAR | FY 16 TOTAL | ATLANTA | BALTIMORE | BOSTON | BUFFALO | CHICAGO | DETROIT | EL PASO | HOUSTON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(b) (7)(E)

CBP000150



| | LAREDO | LOS ANGELES | MIAMI | NEW ORLEANS | NEW YORK | PORTLAND | SAN DIEGO | SAN FRANCISCO | SAN JUAN | SEATTLE | TAMPA | TUCSON | PRECLEAR | FY 17 Total | Sum: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(b) (7)(E)

CBP000151

| | |
|---|---|
| NAMIBIA | (b) (7)(E) |
| NEPAL | |
| NETHERLANDS | |
| NETHERLANDS ANTILLES | |
| NEW ZEALAND | |
| NICARAGUA | |
| NIGER | |
| NIGERIA | |
| NORWAY | |
| OMAN | |
| PAKISTAN | |
| PALESTINIAN TERRITORY, OCCUPIED | |
| PANAMA | |
| PAPUA NEW GUINEA | |
| PARAGUAY | |
| PERU | |
| PHILIPPINES | |
| POLAND | |
| PORTUGAL | |
| PUERTO RICO | |
| QATAR | |
| ROMANIA | |
| RUSSIAN FEDERATION | |
| RWANDA | |
| SAINT KITTS AND NEVIS | |
| SAINT LUCIA | |
| SAINT VINCENT AND THE GRENADINES | |
| SAMOA | |
| SAN MARINO | |
| SAUDI ARABIA | |
| SENEGAL | |
| SERBIA | |
| SIERRA LEONE | |
| SINGAPORE | |
| SLOVAKIA | |
| SLOVENIA | |
| SOMALIA | |
| SOUTH AFRICA | |
| SOUTH SUDAN | |
| SPAIN | |
| SRI LANKA | |
| SUDAN | |
| SURINAME | |
| SWEDEN | |
| SWITZERLAND | |
| SYRIAN ARAB REPUBLIC | |
| TAIWAN, PROVINCE OF CHINA | |
| TAJIKISTAN | |
| TANZANIA, UNITED REPUBLIC OF | |
| THAILAND | |
| TOGO | |
| TONGA | |
| TRINIDAD AND TOBAGO | |
| TUNISIA | |
| TURKEY | |
| TURKMENISTAN | |
| TUVALU | |
| UGANDA | |
| UKRAINE | |
| UNITED ARAB EMIRATES | |
| UNITED KINGDOM | |
| UNITED STATES MINOR OUTLYING ISLANDS | |
| UNITED STATES OF AMERICA | |
| UNKNOWN | |
| URUGUAY | |
| UZBEKISTAN | |
| VENEZUELA | |
| VIET NAM | |
| YEMEN | |
| ZAMBIA | |
| ZIMBABWE | |
| Sum: | (b) (7)(E) |

CBP000152



(b) (7)(E)

(b) (7)(E)

19,833 (b) (7)(E)

CBP000153



CBP000154