# EXHIBIT F



*Homeland Security Investigations*

# Child Sexual Exploitation Investigations Handbook

HSI HB 12-05 / November 19, 2012



U.S. Immigration and Customs Enforcement

# Foreword

The Child Sexual Exploitation Investigations Handbook provides a uniform source of national policies, procedures, responsibilities, guidelines, and controls that should be followed by U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Special Agents and Intelligence Research Specialists when conducting or assisting in investigations relating to the sexual exploitation of children. This Handbook contains instructions and guidance that will help ensure uniformity and operational consistency among all HSI field offices. Oversight over the National Child Sexual Exploitation Investigations Program resides with the Unit Chief, Child Exploitation Investigations Unit. (Note: On June 9, 2010, the ICE Offices of Investigations (OI), International Affairs, and Intelligence were realigned under HSI. Throughout this Handbook, documents issued prior to the June 9, 2010, realignment are referred to by the office that issued them, e.g., "OI" instead of "HSI".)

This Handbook supersedes the Child Sexual Exploitation Investigations Handbook (OI Handbook 06-002) dated April 11, 2006; the OI memorandums entitled, "Child Sex Tourism Investigative Program," dated February 18, 2004; "Implementation of the Operation Predator Module within the SEN System on June 1, 2004," dated May 20, 2004 (Note: SEN is the acronym for "Significant Enforcement Notification"; "Protocol for the Publication of Images of Child Victims of Sexual Abuse," dated May 2, 2005; "Clarification of Operation Predator's Scope and Reporting," dated February 7, 2006; and "Nominations for Participation in the ICE Child Sex Tourism National Strategy – Traveler Jump Teams," dated May 26, 2010; and all other policies or other documents on child sexual exploitation issued by the ICE Offices of Investigations, International Affairs, or Intelligence, or by ICE HSI since April 11, 2006.

The Child Sexual Exploitation Investigations Handbook is an internal policy of HSI and is not intended to confer any right or benefit on any private person or party. If disclosure of this Handbook or any portion of it is demanded in any judicial or administrative proceeding, the HSI Records and Disclosure Unit, as well as the ICE Office of the Principal Legal Advisor and/or the appropriate U.S. Attorney's Office, are to be consulted so that measures can be taken to invoke privileges against disclosure. This Handbook contains information which may be exempt from disclosure to the public under the Freedom of Information Act, Title 5, United States Code, Section 552(b), and protected from disclosure in civil discovery pursuant to the law enforcement privilege. Any further request for disclosure of this Handbook or information contained herein should be referred to the HSI Records and Disclosure Unit.

The HSI Policy Unit is responsible for coordinating the development and issuance of HSI policy. All suggested changes or updates to this Handbook should be submitted to the HSI Policy Unit which will coordinate all needed revisions with the Child Exploitation Investigations Unit.

(b)(6);(b)(7)(C)

11/19/2012
Date

Executive Associate Director
Homeland Security Investigations

**6.5   Search Warrant**

[(b)(7)(E) — redacted]

**6.6   Title III Court Order**

[(b)(7)(E) — redacted]

**6.7   Border Search**

At the border (or its functional equivalent), HSI has the broad authority to conduct routine searches of persons and things upon their entry into or exit out of the United States without first obtaining a warrant and without suspicion. This authority stems from a long-standing and well recognized exception to the Fourth Amendment that is premised on the government's interest in protecting its citizens from the entry of persons and items harmful to U.S. interests. The U.S. Supreme Court has recognized that "searches made at the border, pursuant to the long-standing right of the sovereign to protect itself by stopping and examining persons and property crossing into this country, are reasonable simply by virtue of the fact that they occur at the border." *See United States v. Ramsey,* 431 U.S. 606, 616 (1977).

In general, HSI does not distinguish between the search of documents and electronic devices and the search of any other items crossing the U.S. borders. With respect to the border search of electronic devices, federal courts, including the U.S. Court of Appeals for the Ninth Circuit, have concluded that searching documents, including those in electronic form, is well within the broad border search exception exercised by ICE and have generally endorsed the view that laptop computers or other electronic devices are neither conceptually nor constitutionally different from other closed containers subject to suspicionless searches at the border. *See U.S. v. Arnold,* 523 F.3d 941 (9th Cir. 2008). The exercise of this plenary authority has been critical to ensuring national security at U.S. borders. SAs should consult ICE Directive 10044.1 (former number: 7-6.1), "Border Searches of Electronic Devices," dated August 18, 2009, or as updated, for further direction on such searches.

As specified in ICE Directive 10044.1 (former number: 7-6.1), border searches of electronic devices must be conducted by HSI SAs or other properly authorized officers with customs border search authority, such as persons cross-designated as customs officers (e.g., task force officers) under 19 U.S.C. § 1401(i). At any point during a border search, SAs may detain electronic media or copies thereof, for further review, either on-site or at an off-site location, including an

associated demand for assistance from a third agency, pursuant to 19 U.S.C. § 507. For more information on border searches of electronic devices, including specific guidance regarding chain of custody requirements for detentions of originals or images, demands for assistance, and information sharing, SAs should consult ICE Directive10044.1(former number: 7-6.1), "Border Searches of Electronic Devices," dated August 18, 2009, or as updated.

Authorities under the customs laws of the United States in no way limit authorities to search and retain evidence available to SAs under the Immigration and Nationality Act.

**6.8   Investigative Protocols and Precautions Regarding Wireless Networks**

(b)(7)(E)

## Chapter 7.   GUIDELINES FOR SEARCHING AND SEIZING DIGITAL DEVICES

(b)(7)(E)

18, 2010, or as updated.

## Chapter 8.   JURISDICTIONAL RESPONSIBILITY

**8.1   Transborder Investigations**

(b)(7)(E)