# EXHIBIT I



| | |
|---|---|
| From: | Kaplan, Randall (b)(6) |
| To: | "Puchalsky, Brian" (b)(6) "Thebes, Molly" (b)(6) |
| Subject: | RE: vetting - current and additional options |
| Date: | 2017/02/13 16:46:19 |
| Priority: | Normal |
| Type: | Note |

Maybe we can have two sections: (1) visa applications and (2) at the border

Thanks

Randy Kaplan
U.S. Department of Homeland Security
Office of the General Counsel
(b)(6) (office)
(cell)

**From:** Puchalsky, Brian
**Sent:** Monday, February 13, 2017 4:44 PM
**To:** Thebes, Molly <molly.thebe(b)(6) Kaplan, Randall <Randall.Kaplan (b)(6)
**Subject:** RE: vetting - current and additional options

Does anyone see a way to work any of this into the paper?

Brian Puchalsky
Attorney Advisor, Operations and Enforcement Law Division
Office of the General Counsel
U.S. Department of Homeland Security
(b)(6)
Office: (b)(6)
Mobile

**From:** COUREY, MARC BENNETT (OCC)
**Sent:** Monday, February 13, 2017 4:14 PM
**To:** Maher, Joseph; Havranek, John
**Cc:** FALK, SCOTT K (OCC); GLOVER, CONSTANTINA A (OCC); KESSLER, LESLEYANNE (OCC); McIntosh, Thomas J. (OCC); DUBELIER, KRISTIN L (OCC); KOLLER, JULIE (OCC); Puchalsky, Brian; Thebes, Molly
**Subject:** RE: vetting - current and additional options

John – Working draft below for consideration and adaptation as appropriate into the larger paper. Feel free to call to discuss. Thanks.

Page 02 of 12

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-585-000118

Page 03 of 12

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-585-000119



(b)(5)

Bennett Courey
CBP Associate Chief Counsel (Enforcement and Operations)
(b)(6)
** Attorney Work Product / Attorney-Client Privileged **

**From:** Maher, Joseph
**Sent:** Sunday, February 12, 2017 9:24 PM
**To:** Havranek, John (b)(6)            ; COUREY, MARC BENNETT (OCC) (b)(6)
**Cc:** FALK, SCOTT K (OCC) <(b)(6)            >; GLOVER, CONSTANTINA A (OCC) (b)(6)            >; KESSLER, LESLEYANNE (OCC) McIntosh, Thomas J. (OCC)

(b)(6) ; DUBELIER, KRISTIN L (OCC) <(b)(6)
KOLLER, JULIE (OCC) (b)(6)
**Subject:** RE: vetting - current and additional options

(b)(5)

Thank you guys!

Joe

**From:** Havranek, John
**Sent:** Sunday, February 12, 2017 7:34 PM
**To:** COUREY, MARC BENNETT (OCC) (b)(6) >; Maher, Joseph
(b)(6)
**Cc:** FALK, SCOTT K (OCC) (b)(6) ; GLOVER, CONSTANTINA A (OCC)
(b)(6) v>; KESSLER, LESLEYANNE (OCC)
(b)(6) ; McIntosh, Thomas J. (OCC)
(b)(6) ; DUBELIER, KRISTIN L (OCC) <(b)(6)
KOLLER, JULIE (OCC) (b)(6)
**Subject:** RE: vetting - current and additional options

These look good to me.

---

**From:** COUREY, MARC BENNETT (OCC)
**Sent:** Sunday, February 12, 2017 7:58:13 PM
**To:** Maher, Joseph; Havranek, John
**Cc:** FALK, SCOTT K (OCC); GLOVER, CONSTANTINA A (OCC); KESSLER, LESLEYANNE (OCC); McIntosh, Thomas J. (OCC); DUBELIER, KRISTIN L (OCC); KOLLER, JULIE (OCC)
**Subject:** RE: vetting - current and additional options

Revised to include (b)(5) remove the (b)(5) and add a (b)(5)

(b)(5)





(b)(5)

Bennett Courey
CBP Associate Chief Counsel (Enforcement and Operations)
(b)(6)
** Attorney Work Product / Attorney-Client Privileged **

**From:** Maher, Joseph
**Sent:** Sunday, February 12, 2017 6:21 PM
**To:** Havranek, John (b)(6) _____; COUREY, MARC BENNETT (OCC) (b)(6) _____
**Cc:** FALK, SCOTT K (OCC) (b)(6) _____; GLOVER, CONSTANTINA A (OCC) (b)(6) _____>; KESSLER, LESLEYANNE (OCC) _____ McIntosh, Thomas J. (OCC) (b)(6) _____; DUBELIER, KRISTIN L (OCC) <(b)(6) _____>;
**Subject:** RE: vetting - current and additional options

These are good. Can you also add one bullet about the 9th Cir's reasonable suspicion standard for invasive e-searches?

On the last bullet in Bennett's list, I think I'll leave that out and let Kevin speak orally to that point in the S1 mtg.

**From:** Havranek, John
**Sent:** Sunday, February 12, 2017 5:23 PM

**To:** COUREY, MARC BENNETT (OCC) (b)(6)                        ; Maher, Joseph (b)(6)
**Cc:** FALK, SCOTT K (OCC) <(b)(6)                     ; GLOVER, CONSTANTINA A (OCC)
(b)(6)                              >; KESSLER, LESLEYANNE (OCC)
                      , McIntosh, Thomas J. (OCC)
(b)(6)                              ; DUBELIER, KRISTIN L (OCC) <(b)(6)                    >
**Subject:** RE: vetting - current and additional options

Here is an additional talking point specifically related to passwords.

--The concept of collecting passwords at the border, while fitting within the authorities of DHS at the border, remains controversial (particularly for U.S. Citizens) and raises multiple legal issues that courts have yet to address. This authority to collect passwords will require careful consideration and discussion with DOJ to ensure we protect existing border search authority while appropriately adapting to changing technology related to cell phones and electronic media.

---

**From:** COUREY, MARC BENNETT (OCC)
**Sent:** Sunday, February 12, 2017 6:08:28 PM
**To:** Maher, Joseph; Havranek, John
**Cc:** FALK, SCOTT K (OCC); GLOVER, CONSTANTINA A (OCC); KESSLER, LESLEYANNE (OCC); McIntosh, Thomas J. (OCC); DUBELIER, KRISTIN L (OCC)
**Subject:** RE: vetting - current and additional options

Talking Points for Consideration –



(b)(5)



Feel free to call my cell to discuss. Thanks.

Bennett Courey
CBP Associate Chief Counsel (Enforcement and Operations)
(b)(6)
\*\* Attorney Work Product / Attorney-Client Privileged \*\*

**From:** COUREY, MARC BENNETT (OCC)
**Sent:** Sunday, February 12, 2017 4:31 PM
**To:** Maher, Joseph (b)(6); Havranek, John (b)(6)
**Cc:** FALK, SCOTT K (OCC) (b)(6); GLOVER, CONSTANTINA A (OCC) (b)(6); KESSLER, LESLEYANNE (OCC) (b)(6); McIntosh, Thomas J. (OCC) (b)(6); DUBELIER, KRISTIN L (OCC) (b)(6)
**Subject:** RE: vetting - current and additional options

OK will send draft talking points shortly. Thanks.

Bennett Courey
CBP Associate Chief Counsel (Enforcement and Operations)
(b)(6)
** Attorney Work Product / Attorney-Client Privileged **

**From:** Maher, Joseph
**Sent:** Sunday, February 12, 2017 4:17 PM
**To:** COUREY, MARC BENNETT (OCC) (b)(6); Havranek, John (b)(6)
**Cc:** FALK, SCOTT K (OCC) (b)(6); GLOVER, CONSTANTINA A (OCC) (b)(6); KESSLER, LESLEYANNE (OCC) (b)(6); McIntosh, Thomas J. (OCC) (b)(6)
**Subject:** RE: vetting - current and additional options

Sorry for the rush, but we'll need to the TPs tonight. I think the memo can come a little later, but the TPs are in advance of an S1/AG meeting tomorrow.

**From:** COUREY, MARC BENNETT (OCC)
**Sent:** Sunday, February 12, 2017 4:04 PM
**To:** Maher, Joseph <(b)(6)>; Havranek, John (b)(6)
**Cc:** FALK, SCOTT K (OCC) (b)(6); GLOVER, CONSTANTINA A (OCC) (b)(6); KESSLER, LESLEYANNE (OCC) (b)(6); McIntosh, Thomas J. (OCC) (b)(6)
**Subject:** RE: vetting - current and additional options

Thanks, Joe. John, you're probably thinking what I'm thinking -- that much of this can likely be drawn from the two memos we've drafted within the last two years. Feel free to call my cell (b)(6) today if you'd like to discuss, or we can catch up tomorrow. Looping in Lesleyanne and Tina and Tom.

Bennett Courey
CBP Associate Chief Counsel (Enforcement and Operations)

(b)(6)

**\*\* Attorney Work Product / Attorney-Client Privileged \*\***

**From:** Maher, Joseph
**Sent:** Sunday, February 12, 2017 3:18:25 PM
**To:** Havranek, John
**Cc:** FALK, SCOTT K (OCC); COUREY, MARC BENNETT (OCC)
**Subject:** FW: vetting - current and additional options

John – related to my last email. May want to touch base with Scott so we aren't duplicating efforts. Copying Scott and Bennett.

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, February 12, 2017 3:15 PM
**To:** Nielsen, Kirstjen (b)(6); Maher, Joseph (b)(6); Glawe, David (b)(6)
**Cc:** Shah, Dimple (b)(6); Hamilton, Gene (b)(6); Metzler, Alan (b)(6); Cassidy, Ben (b)(6); Corbin, Susan (b)(6); Lapan, David (b)(6); Brodsky, Marcy (b)(6)
**Subject:** RE: vetting - current and additional options

10-4. Will do. Joe, we have extensive materials on this between OFO and OCC. Will connect with you.

**From:** Nielsen, Kirstjen
**Sent:** Sunday, February 12, 2017 2:58:51 PM
**To:** MCALEENAN, KEVIN K; Maher, Joseph; Glawe, David
**Cc:** Shah, Dimple; Hamilton, Gene; Metzler, Alan; Cassidy, Ben; Corbin, Susan; Lapan, David; Brodsky, Marcy
**Subject:** vetting - current and additional options

Kevin and Joe
Chatted with you both briefly today. Could you please put together a memo for the S1 on what we currently do with respect to technology at the border (with high level authority discussion) and some options for enhancement, e.g. requesting passwords (with pros and cons- both legal and policy). Simultaneously, could you please work some TPs by tomorrow am for the Secretary to use?
Susan/Ben/Dave- you might have some developed for hearing and press prep. If so, please send to the group.
Dave- could you please draft up something to describe the additional financial vetting you described and also send a TP on point?

Ben/Susan/Dave- could you please also pull the Secretary's actual related statements (on the record- hearing and press)

We are working on scheduling the vetting brief and we can use these materials for that brief. In the meantime, would like to clarify for the S1 what we do today and to clarify potential options on the table

Thanks all



| Sender: | Kaplan, Randall <(b)(6) (b)(6) |
| --- | --- |
| Recipient: | "Puchalsky, Brian (b)(6) "Thebes, Molly </ (b)(6) |
| Sent Date: | 2017/02/13 16:46:18 |
| Delivered Date: | 2017/02/13 16:46:19 |

03/25/14

Subject: Border Searches and Electronic Devices

(b)(5)

1

Page 2 of 5

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 3 of 5

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-585-000131

Page 4 of 5

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-585-000132

Page 5 of 5

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

DHS-001-585-000133