# EXHIBIT K



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

---

02/26/2018 09:51 EST                                                                                           Page 1 of 3

**CASE NUMBER**
(b)(7)(E)

**SYNOPSIS**

(b)(6);(b)(7)(C);(b)(7)(E)

**CASE OPENED**
8/24/2010

**CURRENT CASE TITLE**
1 BY LAND. 2 BY SEA

**REPORT TITLE**
(b)(7)(E)

**REPORTED BY**
(b)(6);(b)(7)(C)

SPECIAL AGENT

**APPROVED BY**
(b)(6);(b)(7)(C)

OI GRP SUPERVISOR

**DATE APPROVED**
7/20/2012

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 1 BY LAND. 2 BY SEA | (b)(7)(E) | 7/20/2012 |

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

2017-ICLI-00011  2027




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

02/26/2018 09:51 EST                                                                                     Page 2 of 3

## DETAILS OF INVESTIGATION

DETAILS OF THE INVESTIGATION:

(b)(6);(b)(7)(C);(b)(7)(E)

**Current Case Title**         **ROI Number**         **Date Approved**
1 BY LAND. 2 BY SEA            (b)(7)(E)              7/20/2012

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

2017-ICLI-00011  2028




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

(b)(6);(b)(7)(C);(b)(7)(E)

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 1 BY LAND. 2 BY SEA | (b)(7)(E) | 7/20/2012 |

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

2017-ICLI-00011  2029