# EXHIBIT L




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

02/26/2018 09:41 EST                                                                                                   Page 1 of 3

**CASE NUMBER**
(b)(7)(E)

**CASE OPENED**
8/24/2010

**CURRENT CASE TITLE**
1 BY LAND. 2 BY SEA

**REPORT TITLE**
INTERVIEW: (b)(6);(b)(7)(C)
(b)(6);(b)(7)(C) (OTM POE)

**SYNOPSIS**

Intelligence information has linked (b)(6);(b)(7)(C) and (b)(6);(b)(7)(C) to multiple methamphetamine, cocaine, marijuana, currency, and ammunition smuggling events. This investigation will focus on (b)(6);(b)(7)(C) as mid-level DTO members in an effort to target current narcotics smugglers and to disrupt and dismantle their corresponding DTO. On 11/06/2012, at approximately 1632 hours, (b)(6);(b)(7)(C) crossed into the United States as a pedestrian through the Otay Mesa Port of Entry. (b)(6);(b)(7)(C);(b)(7)(E) (b)(7)(E) Customs & Border Protection contacted Homeland Security Investigations, who in turn responded to the port to conduct an interview. This report documents the interview.

**REPORTED BY**
(b)(6);(b)(7)(C)

SPECIAL AGENT

**APPROVED BY**
(b)(6);(b)(7)(C)

OI GRP SUPERVISOR

**DATE APPROVED**
4/22/2013

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 1 BY LAND. 2 BY SEA | (b)(7)(E) | 4/22/2013 |

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

2017-ICLI-00011  1697




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

02/26/2018 09:41 EST                                                                                                           Page 2 of 3

## DETAILS OF INVESTIGATION

DETAILS OF THE INVESTIGATION:

CUSTOMS & BORDER PROTECTION STOP OF (b)(6);(b)(7)(C)

On 11/06/2012, at approximately 1632 hours, (b)(6);(b)(7)(C) crossed into the United States as a pedestrian through the Otay Mesa Port of Entry (POE). (b)(6);(b)(7)(C);(b)(7)(E) A Customs & Border Protection (CBP) officer contacted Homeland Security Investigations (HSI) Special Agent (S/A) (b)(6);(b)(7)(C) S/A (b)(6);(b)(7)(C) and HSI S/A (b)(6);(b)(7)(C) responded to the POE.

INTERVIEW OF (b)(6);(b)(7)(C)

(b)(6);(b)(7)(C);(b)(7)(E)

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 1 BY LAND. 2 BY SEA | (b)(7)(E) | 4/22/2013 |

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

2017-ICLI-00011  1698




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

02/26/2018 09:41 EST                                                                                                  Page 3 of 3

(b)(6);(b)(7)(C);(b)(7)(E)

UNDEVELOPED LEADS: To Be Determined By DSAC, San Ysidro, CA.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 1 BY LAND. 2 BY SEA | (b)(7)(E) | 4/22/2013 |

~~OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE~~

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

2017-ICLI-00011  1699