# EXHIBIT N









50 minutes