# EXHIBIT U



U.S. Department of Homeland Security
Washington, DC 20528

December 1, 2017

Jenner & Block, LLP
Scott Wilkens
1099 New York Ave, NW
Suite 900
Washington, DC 200001

Re:   17-cv-00548 (2017-HQFO-00585)
      **Knight First Amendment Institute v. DHS**
      **First Interim Release**

Dear Mr. Wilkens:

This is our first interim response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated March 15, 2017.

For this month's production DHS reviewed 56 documents consisting of 653 pages of which 120 pages are released in full; 97 pages are withheld in full pursuant to FOIA exemption 5; 43 pages are released in part pursuant to FOIA exemption 5 and 6; 41 pages were duplicates and 237 pages were non-responsive.  DHS also located 125 pages that need to be referred to other components for review and release, 51 pages to CBP (Customs and Border Protection) and 74 pages to the (DOJ) Department of Justice.  The 260 pages for release are bates stamped DHS-001-585-000001 to DHS-01-585-000260.

Sincerely,

Kevin L. Tyrrell
Director FOIA Appeals and Litigation

Enclosure