# EXHIBIT V

**U.S. Department of Homeland Security**
Washington, DC 20528



Homeland
Security

May 30, 2018

Knight First Amendment Institute of Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115

**Re:     17-cv-00548 (2017-HQFO-00585)**
**        Knight First Amendment Institute v. DHS**
**        Third Interim Release**

Dear Mr. Wilkens:

This is our third interim release to your Freedom of Information Act (FOIA) request to the U.S. Department of Homeland Security (DHS), dated March 7, 2017.  This letter describes the agency's processing efforts to date.  We understand that this information will be provided to the Court supervising the civil litigation concerning this FOIA request.

***DHS's Searches and Production***
For this month's production DHS reviewed 848 pages of which 250 pages are released in full, 89 pages are released in part with redactions made pursuant to FOIA Exemptions 5 and 6, 414 pages are withheld in full pursuant to FOIA Exemptions 5 and/or 7(E) and 44 pages are non-responsive.  An additional 14 pages were duplicates and 37 pages have been referred to U.S. Customs and Border Protection (CBP) for review and a direct response to you.  CBP contact information is provided below.

CBP FOIA Officer/Public Liaison: Sabrina Burroughs
1300 Pennsylvania Avenue, NW, Room 3.3D
Washington, D.C. 20229

The 753 pages for release are attached and bates stamped DHS-001-513-000351 to DHS-01-513-001103.  If you need to contact our office about this matter, please refer to **2017-HQFO-00585**. You may contact this office at 1-866-431-0486 or 202-343-1743.

Sincerely,

*Kevin L. Tyrrell*

Kevin L. Tyrrell
Director FOIA Appeals and Litigation