# EXHIBIT W



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

September 21, 2017

Carrie DeCell
Knight First Amendment Institute
Columbia University

Subject: OIG Freedom of Information Act Request No. 2017-IGFO-00085
Final Response

Dear Ms. DeCell:

This responds to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) Privacy Office (PRIV) dated March 15, 2017, seeking records relating to CBP and ICE electronic device searches. PRIV referred item 4(a) of your request to the DHS Office of Inspector General (OIG) for processing and direct response to you. DHS-OIG received that referral on March 31, 2017.

DHS-OIG previously responded to item 4(a) of your request on June 27, 2017, stating that DHS-OIG's Office of Audits has an ongoing matter which was withheld pursuant to FOIA Exemption 5. DHS-OIG has since conducted the searches proposed in emails between Scott Wilkins and David Glass; by email dated September 5, Mr. Wilkins confirmed that you would consider DHS-OIG to have fully complied with your request if we conduct the proposed searches and produce all non-exempt portions of responsive records. As such, this is a final response to your FOIA request.

The proposed searches agreed upon by Mr. Wilkins and Mr. Glass resulted in the enclosed page containing complaint narratives responsive to item 5 of your request. We reviewed the responsive records under the FOIA to determine whether they may be disclosed to you. Based on that review, this office is providing the following:

____1____ page is released in part (RIP).

The exemptions cited for withholding records or portions of records are marked below.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

| **Freedom of Information Act, 5 U.S.C. § 552** | | | **Privacy Act, 5 U.S.C. § 552a** |
|---|---|---|---|
| ☐ 552(b)(1) | ☐ 552(b)(5) | ☒ 552(b)(7)(C) | ☐ 552a(j)(2) |
| ☐ 552(b)(2) | ☒ 552(b)(6) | ☐ 552(b)(7)(D) | ☐ 552a(k)(2) |
| ☐ 552(b)(3) | ☐ 552(b)(7)(A) | ☐ 552(b)(7)(E) | ☐ 552a(k)(5) |
| ☐ 552(b)(4) | ☐ 552(b)(7)(B) | ☐ 552(b)(7)(F) | ☐ Other: |

OIG redacted from the enclosed documents, names and identifying information of third parties to protect the identities of these individuals. Absent a Privacy Act waiver, the release of such information concerning the third parties named in these records would result in an unwarranted invasion of personal privacy in violation of the Privacy Act. Information is also protected from disclosure pursuant to Exemptions 6 and 7(C) of the FOIA further discussed below.

### Exemption 6, 5 U.S.C. § 552(b)(6)

Exemption 6 allows withholding of "personnel and medical files and *similar files* the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(6)(emphasis added). DHS-OIG is invoking Exemption 6 to protect the names of third parties and any information that could reasonably be expected to identify such individuals.

### Exemption 7(C), 5 U.S.C. § 552(b)(7)(C)

Exemption 7(C) protects from public disclosure "records or information compiled for law enforcement purposes . . . [if disclosure] could reasonably be expected to cause an unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(7)(C). DHS-OIG is invoking Exemption 7(C) to protect the identities of third parties, and any information contained in these investigative records that could reasonably be expected to identify those individuals.

### Referral

Additionally, 188 pages of potentially responsive records have been referred to Immigration and Customs Enforcement (ICE). ICE will process the records under the FOIA and respond to you directly.

### Appeal

Although I am aware that your request is the subject of ongoing litigation and appeals are not ordinarily acted on in such situations, I am required by statute



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

and regulation to inform you of your right to file an administrative appeal.[1]  If you choose to file an administrative appeal it must be in writing and received within 90 days after the date of this response.  Please address any appeal to:

> FOIA/PA Appeals Unit
> DHS-OIG Office of Counsel
> Stop 0305
> 245 Murray Lane, SW
> Washington, DC  20528-0305

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act Appeal."  Your appeal letter must also clearly identify the OIG's response.  Additional information on submitting an appeal is set forth in the DHS regulations at 6 C.F.R. § 5.8.

**Assistance and Dispute Resolution Services**

Should you need assistance with your request, you may contact DHS-OIG's FOIA Public Liaison.  You may also seek dispute resolution services from our FOIA Public Liaison.  You may contact DHS-OIG's FOIA Public Liaison in any of the following ways:

> FOIA Public Liaison
> DHS-OIG Counsel
> STOP 0305
> 245 Murray Lane, SW
> Washington, DC  20528-0305
> Phone: 202-254-4001
> Fax: 202-254-4398
> E-mail: foia.oig@oig.dhs.gov

Additionally, the 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  Using

---

[1] For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  5 U.S.C. 552(c) (2006 & Supp. IV 2010).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road - OGIS
>College Park, MD 20740-6001
>E-mail: ogis@nara.gov
>Web: https://ogis.archives.gov
>Telephone: 202-741-5770
>Fax: 202-741-5769
>Toll-free: 1-877-684-6448

If you have any questions about this response, please contact us at 202-254-4001.

Sincerely,

*Drew Lavine*

Drew Lavine
OIG Office of Counsel

Enclosures