# EXHIBIT X

U.S. Department of Homeland Security
Freedom of Information Act Branch
601 South 12th Street
Arlington, VA 20598-6020



**Transportation Security Administration**

July 14, 2017

**3600.1**
Case Number: 2017-TSFO-00207

Ms. Katherine Fallow
Knight First Amendment Institute at Columbia University
314 Low Library
535 West 116th Street
New York, NY 10027

Dear Ms. Fallow:

This letter responds to your Freedom of Information Act (FOIA) request dated March 15, 2017, addressed to the Department of Homeland Security, Customs and Border Protection (CBP), and the U.S. Immigration and Customs Enforcement seeking records concerning suspicionless searches of individuals' electronic devices at the nation's borders. On April 4, 2017, CBP referred your request to the Transportation Security Administration (TSA) FOIA Branch for search and direct response to you.

TSA completed its search and located records responsive to item (5) of your request: documents, including tear sheets and TRIP records, containing or relating to complaints filed by individuals or organizations about CBP's and/or ICE's search, review, retention or sharing of the information on travelers' electronic devices. Portions of the documents are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Please refer to the Applicable Exemptions list at the end of this letter that identifies the authority for withholding the exempt material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

The rules and regulations of the Transportation Security Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 6, Part 5. They are published in the Federal Register and are available for inspection by the public.

Referral

While processing your request, TSA located records that fall under the purview of the Customs and Border Patrol (CBP) and Department of State (State). Accordingly, your request and 47 pages of responsive records were referred to CBP and 5 pages were referred to State for processing and direct response to you. You may contact those offices directly at:

U.S. Customs and Border Control
The FOIA Division
1300 Pennsylvania Avenue, NW, Room 3.3D
Washington, D.C. 20229
Phone: (202) 325-0150

Department of State
Office of Information Programs and Services
A/GIS/IPS/RL
SA-2
Washington, DC 20522-8100
Phone: (202) 261-8484

<u>Fees</u>

There are no fees associated with processing this request because the fees incurred do not exceed the minimum threshold necessary for charge.

<u>Administrative Appeal</u>

As the subject matter of this request is currently a matter of Federal district court litigation, the administrative appeal rights that normally accompany an agency's response to a FOIA request are not being provided.

If you have any questions pertaining to your request, please feel free to contact the FOIA Branch at 1-866-364-2872 or locally at 571-227-2300.

Sincerely,

Regina McCoy
FOIA Officer

Summary:
Number of Pages Released in Part or in Full: 938
Number of pages Referred: 52

## APPLICABLE EXEMPTIONS
## FREEDOM OF INFORMATION ACT AND/OR PRIVACY ACT

**Freedom of Information Act (5 U.S.C. 552)**

☐ (b)(1)  ☐ (b)(2)  ☐ (b)(3)  ☐ (b)(4)  ☐ (b)(5)  ☒ (b)(6)

☐ (b)(7)(A)  ☐ (b)(7)(B)  ☒ (b)(7)(C)  ☐ (b)(7)(D)  ☐ (b)(7)(E)  ☐ (b)(7)(F)

Enclosures

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

Transportation Security Administration (TSA) FOIA Branch applies FOIA exemptions to protect:

<u>Exemptions</u>

**Exemption (b)(1):** Records that contain information that is classified for national security purposes.

**Exemption (b)(2):** Records that are related solely to the internal personnel rules and practices of an agency.

**Exemption (b)(3):** Records specifically exempted from disclosure by Title 49 U.S.C. Section 114(r), which exempts from disclosure Sensitive Security Information (SSI) that "would be detrimental to the security of transportation" if disclosed.

**Exemption (b)(4):** Records that contain trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

**Exemption (b)(5):** Inter- or intra-agency records that are normally privileged in the civil discovery context. The three most frequently invoked privileges are the deliberative process privilege, the attorney work-product privilege, and the attorney-client privilege:

- Deliberative process privilege – Under the deliberative process privilege, disclosure of these records would injure the quality of future agency decisions by discouraging the open and frank policy discussions between subordinates and superiors.
- Attorney work-product privilege – Records prepared by or at the direction of a TSA attorney.
- Attorney-client privilege – Records of communications between an attorney and his/her client relating to a matter for which the client has sought legal advice, as well as facts divulged by client to attorney and any opinions given by attorney based on these.

**Exemption (b)(6):** Records that contain identifying information that applies to a particular individual when the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy." This requires the balancing of the public's right to disclosure against the individual's right to privacy.

**Exemption (b)(7)(A):** Records or information compiled for law enforcement purposes, but only to the extent that production of such law enforcement records or information…could reasonably be expected to interfere with law enforcement proceedings.

**Exemption (b)(7)(C):** Records containing law enforcement information when disclosure "could reasonably be expected to constitute an unwarranted invasion of personal privacy" based upon the traditional recognition of strong privacy interests ordinarily appropriated in law enforcement records.

**Exemption (b)(7)(E):** Records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.

**Exemption (b)(7)(F):** Records containing law enforcement information about a person, in that disclosure of information about him or her could reasonably be expected to endanger his or her life or physical safety.

PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

Transportation Security Administration (TSA) FOIA Branch applies Privacy Act exemptions to protect:

Exemptions

**Exemption (d)(5):** Information compiled in reasonable anticipation of civil action or proceeding; self-executing exemption.
**Exemption (j)(2):** Principal function criminal law enforcement agency records compiled during course of criminal law enforcement proceeding.
**Exemption (k)(1):** classified information under an Executive Order in the interest of national defense or foreign policy.
**Exemption (k)(2):** Non-criminal law enforcement records; criminal law enforcement records compiled by non-principal function criminal law enforcement agency; coverage is less broad where individual has been denied a right, privilege, or benefit as result of information sought.
**Exemption (k)(5):** Investigatory material used only to determine suitability, eligibility, or qualifications for federal civilian employment or access to classified information when the material comes from confidential sources.
**Exemption (k)(6):** Testing or examination material used to determine appointment or promotion of federal employees when disclosure would compromise the objectivity or fairness of the process.