# EXHIBIT Y



**United States Department of State**

*Washington, D.C. 20520*

July 19, 2017

Case No.: F-2017-13490
Segments: CA-0001

Ms. Katherine Fallow
Knight First Amendment Institute
535 West 116th Street
314 Low Library
New York, NY 10027

Dear Ms. Fallow:

In response to your request dated March 15, 2017 under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, the Transportation Security Administration referred five documents to the Department of State for our review and direct response to you. After reviewing these documents, we have determined that all five may be released in part. All released material is enclosed.

An enclosure explains the FOIA exemptions and other grounds for withholding material. All non-exempt material that is reasonably segregable from the exempt material has been released.

If you have any questions, you may contact Assistant United States Attorney David Glass at david.glass@usdoj.gov. Please refer to the case number shown above.

Sincerely,

*Susan C. Weetman For*

Eric F. Stein, Director
Office of Information Programs and Services

Enclosures: As stated