# EXHIBIT Z

Page 001 of 282

Withheld pursuant to exemption

(b)(3):49 U.S.C. § 114(r)

of the Freedom of Information and Privacy Act