# EXHIBIT AA

**From:** (b)(6);(b)(7)(C)
**Sent:** 11 Dec 2014 22:12:48 +0000
**To:** (b)(6);(b)(7)(C)
**Subject:** RE: CRCL complaint number (b)(6);(b)(7)(C)
**Attachments:** HB 12-04 Search and Seizure HB 9.14.2012.pdf
**Importance:** High

(b)(6);(b)(7)(C)

To follow-up regarding CRCL Complaint No. (b)(6);(b)(7)(C) ICE Homeland Security Investigations and the Office of Policy identified the following document (attached):

1. HSI HB 12-04, "Search and Seizures Handbook," dated 9/14/2002; and

We did not locate any policy documents that address the creation of a "Chinese Wall". I'm waiting on one more document from ICE Office of Policy – but I wanted you to have the above since I will be out of the office next week.

In the meantime, let me know if there is anything else we can do to assist.

v/r
(b)(6);(b)(7)(C)

(b)(6);(b)(7)(C)

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain LAW ENFORCEMENT SENSITIVE material and is thus also protected and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

**From:** (b)(6);(b)(7)(C)
**Sent:** Wednesday, December 03, 2014 11:22 AM
**To:** (b)(6);(b)(7)(C)
**Subject:** RE: CRCL complaint number (b)(6);(b)(7)(C)

(b)(6);(b)(7)(C)

Thanks for checking with Policy. I think thorough is more favored than formal, so if there are more details that would be great, but a formal response isn't needed.

Thanks,

(b)(6);(b)(7)(C)

**From:** (b)(6);(b)(7)(C)
**Sent:** Wednesday, December 03, 2014 11:12 AM
**To:** (b)(6);(b)(7)(C)
**Subject:** RE: CRCL complaint number 14-03-DHS-0117

(b)(6);(b)(7)(C)

Good morning,

To answer your first question – since time has lapsed, there may be more details of the investigation that can be shared, but what I meant about a formal response was something in a written document instead of an email.

With regard to the policy question, let me check with the Office of Policy.

Thanks
(b)(6);(b)(7)(C)

(b)(6);(b)(7)(C)

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain LAW ENFORCEMENT SENSITIVE material and is therefore, privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

**From:** (b)(6)
**Sent:** Wednesday, December 03, 2014 10:14 AM
**To:** (b)(6)
**Subject:** RE: CRCL complaint number 14-03-DHS-0117

(b)(6)

Thanks for the response. If we were to request a more formal response, would it include more detail about (b)(6);(b)(7)(C) becoming a target of the investigation and the seizure of her laptop? Also, the information request included a request for copies of any policies related to the creation of a "Chinese wall," and policies/guidance/training related to the seizure of electronic information containing attorney client privileged material. Is that something HSI can provide as well?

Thanks so much,

(b)(6);(b)(7)(C)

**From:** (b)(6);(b)(7)(C)
**Sent:** Wednesday, November 19, 2014 1:28 PM
**To:** (b)(6);(b)(7)(C)
**Subject:** RE: CRCL complaint number 14-03-DHS-0117
**Importance:** High

(b)(6);(b)(7)(C)

Good afternoon,

The brief overview of the case and the role of the complaining party is provided below. Please note this response in its entirety is Law Enforcement Sensitive information as this is an open investigation targeting a human trafficking organization. Appropriate safeguards and caution are advised should there be a need to use this information or share past CRCL.

Many thanks for your patience! If you require a more formal response, please advise.

v/r
(b)(6)

\*\*\*\*\*\*\*\*

(b)(5);(b)(6);(b)(7)(A);(b)(7)(C);(b)(7)(E)

(b)(5);(b)(6);(b)(7)(A);(b)(7)(C);(b)(7)(E)

**From:** (b)(6);(b)(7)(C)
**Sent:** Wednesday, November 19, 2014 12:06 PM
**To:** (b)(6);(b)(7)(C)
**Subject:** RE: CRCL complaint number 14-03-DHS-0117

Hi (b)(6);(b)(7)(C)

I saw your out of office last week. I hope things have settled down and was hoping you might have an update on the info request.

Thanks,

(b)(6);(b)(7)(C)

**From:** (b)(6);(b)(7)(C)
**Sent:** Friday, November 14, 2014 10:22 AM
**To:** (b)(6);(b)(7)(C)
**Subject:** RE: CRCL complaint number 14-03-DHS-0117

(b)(6);(b)(7)(C)

Checking in to see if we are still on schedule with the response.

Thanks,

(b)(6);(b)(7)(C)

**From:** (b)(6);(b)(7)(C)
**Sent:** Wednesday, October 22, 2014 2:18 PM
**To:** (b)(6);(b)(7)(C)
**Cc:** (b)(6);(b)(7)(C)
**Subject:** RE: CRCL complaint number (b)(6);(b)(7)(C)

(b)(6);(b)(7)(C)

May I get back to you first? I reached out to our Domestic Operations to see what they can uncover regarding HSI's involvement, if that is the case. But for now, if we could have until November 14, 2014, I'd appreciate it.

I'll follow-up with you as soon as I hear from Domestic Operations leadership.

Thanks

(b)(6);(b)(7)(C)



(b)(6);(b)(7)(C)

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain LAW ENFORCEMENT SENSITIVE material and is therefore, privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.



**From:** (b)(6)
**Sent:** Wednesday, October 22, 2014 2:09 PM
**To:** (b)(6)
**Cc:**
**Subject:** RE: CRCL complaint number 14-03-DHS-0117

Certainly. How long do you think you need?



**From:** (b)(6)
**Sent:** Wednesday, October 22, 2014 2:02 PM
**To:** (b)(6)
**Cc:**
**Subject:** RE: CRCL complaint number 14-03-DHS-0117



(b)(6)

Good afternoon,

I've searched for your original email, but unfortunately it was not directed to me for response from ICE/HSI. In order to properly research and provide a response, may we have an extension?

Your consideration is greatly appreciated.

v/r
(b)(6);(b)(7)(C)

(b)(6);(b)(7)(C)

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain LAW ENFORCEMENT SENSITIVE material and is therefore, privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

**From:** (b)(6)
**Sent:** Wednesday, October 22, 2014 1:38 PM
**To:** (b)(6)
**Cc:**
**Subject:** CRCL complaint number 14-03-DHS-0117

(b)(6)

I've attached an email CRCL sent out on September 30th, regarding a CRCL retained complaint investigating the search of an attorney's laptop. The attached email should have a copy of both the retention documents and the information request for this investigation. The information request has a due date of October 13, 2014, and as of today, CRCL hasn't received anything from ICE.

CRCL has been assuming, hopefully correctly, that most of the requested information will be provided by ICE HSI. Do you know when CRCL can expect to receive a response to this request?

Please contact me if you have any questions.

Thank you,

(b)(6)

(b)(6)

(b)(6);(b)(7)(C)

This message may contain attorney-client communications, attorney work product, and agency deliberative communications, all of which may be privileged and not subject to disclosure outside the agency or to the public. Please consult with the Department of Homeland Security, Office of General Counsel before disclosing any information contained in this email.