**EXHIBIT DD**

U.S. Department of Homeland Security
Washington, DC 20528


Homeland
Security

May 10, 2019

Jenner & Block, LLP
Matthew S. Hellman
1099 New York Ave, NW
Suite 900
Washington, DC 200001

Re:   17-cv-00548 (2017-HQFO-00585/2017-HQLI-00013)
      Knight First Amendment Institute v. DHS
      Fifth Interim Release

Dear Mr. Hellman:

This is our fifth interim response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated March 15, 2017.

For this month's production DHS reviewed 3,956 pages. Of those 3,956 pages, 424 pages are released in full; 940 pages are released in part pursuant to FOIA exemption 5 and 6; and 41 pages are withheld in full pursuant to FOIA exemptions 5. There are also 809 pages that are marked as duplicate and 94 pages marked non-responsive. DHS also located 649 pages that are being referred to Customs and Border Protection (CBP); 293 pages being referred to Immigration Customs Enforcement (ICE); 7 pages are being referred to U.S. Department of Health & Human Services; and 2 pages referred to the Department of State for processing and direct response to you.   There are 697 pages that were sent to other agencies for consultation The 1,364 pages for release are bates stamped DHS-001-00585-001926 to DHS-001-00585-003289.

Sincerely,

Bradley E. White
Acting, Director FOIA
Litigation

Enclosure