**EXHIBIT EE**

# Electronic Device Inspection: A Follow-Up Study to CRCL

U. S. Customs and Border Protection
Office of Field Operations

October 2011

(V5A)

U.S. Customs and Border Protection



UNCLASSIFIED//FOR OFFICIAL USE ONLY

# Electronic Device Inspection Follow-Up Study

**Issue:**

- CRCL conducted an analysis of CBPs electronic device inspections covering two years of data from inbound travelers at airports

- They concluded that a potential bias existed (e.g., more inspections) against Perceived-Arab/Muslims

- The purpose of this study was to examine inspection referrals that resulted from officer discretion (b) (7)(E) with respect to name ethnicity

**Summary of Findings:**

- (b) (7)(E)

- (b) (7)(E)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

U.S. Customs and Border Protection



# Electronic Device Inspection Follow-Up Study

**Procedure:**

- Establish the Baseline List:
  - Selected five airports with the greatest number of electronic device inspections from the CRCL study: (b) (7)(E)
  - Pulled eight days of inbound international passengers from 09/25/2911 through 10/02/2011 for each of the five airports
  - Resulted in 609,583 passenger names (Baseline List) distributed across the five airports
  - Baseline List traveler names were run through the (b) (7)(E) software program to develop a distribution of the origins or "ethnicities" of the names
  - The *highest probability* ethnicity was returned by (b) (7)(E) and was used in the analyses that follow

LAW ENFORCEMENT OFFICIAL USE ONLY



U.S. Customs and Border Protection

# Electronic Device Inspection Follow-Up Study

Procedure (Continued):

- Referral List:
  - Names of the actual passengers with electronic device inspections from the five airports were also run through (b)(7)(E) Referral List)
  - The Referral List was broken down into two types:
    - Mandatory Referrals: those referrals resulting from travelers (b)(7)(E) that led to an electronic device inspection
    - Discretionary Referrals: those referrals based on officer discretion that led to an electronic device inspection
  - These referral types were not completely separated out in the CRCL study
  - (b)(7)(E)

(b)(7)(E)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

U.S. Customs and Border Protection



# Baseline List and (b) (7)(E) Analysis

$\bar{x} = 4.44\%$
$\bar{x} = 2.76\%$

(b) (7)(E)

(b) (7)(E)

| Highest Probability Ethnicity of Name | (b) (7)(E) |
|---|---|
| *AFGHANI | |
| AMBIGUOUS | |
| ANGLO | |
| *ARABIC | |
| CHINESE | |
| EUROPEAN | |
| *FARSI | |
| FRENCH | |
| GERMAN | |
| HAN | |
| HISPANIC | |
| INDIAN | |
| *INDONESIAN | |
| JAPANESE | |
| KOREAN | |
| *PAKISTANI | |
| RUSSIAN | |
| *SOUTHWEST ASIAN | |
| THAI | |
| VIETNAMESE | |
| YORUBAN | |
| Total | |

\* These names would likely correspond to the category of "Perceived Arab/Muslim from the CRCL Study.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

U.S. Customs and Border Protection

5

# Correlations of Name Ethnicities Between Airport Pairs And (b) (7)(E) For the Baseline List

(b) (7)(E)

- Does the composition of the ethnicities of the names of inbound travelers on the Baseline List differ across the five airports and (b) (7)(E)

- The correlations indicate that the composition/distribution of the ethnicities of the traveling public were very similar for the five airports (all bolded asterisked (*) correlations are significant at $p < .0001$ ($df = 19, r > .7150$) )

(b) (7)(E)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

U.S. Customs and Border Protection



# Correlations of Ethnicities of Mandatory Referrals Between Airport Pairs, Baseline List (b) (7)(E)



- This data is restricted to Mandatory Referrals (see Backup Slides)
- 
- 
- There is very little relationship between name ethnicities found in the Baseline List and the Mandatory Referrals.
- Asterisked and bolded correlations are significant at $p < .0001$ ($df = 19$, $r > .7150$)

U.S. Customs and Border Protection



UNCLASSIFIED//FOR OFFICIAL USE ONLY

# Correlations of Ethnicities of Discretionary Referrals Between Airport Pairs, Baseline List and (b)(7)(E)



- This data is for the Discretionary Referrals (see Backup Slides)
- This shows that there are no "across the board" relationships between those subjected to electronic device searches for Discretionary Referrals, indicating that some ports are using similar indicators for referrals (b)(7)(E) some are using different indicators (b)(7)(E)
- There are two patterns of Discretionary Referrals:
    - Those that show significant tendency to follow the name ethnicity pattern of the Baseline List (traveling public) (b)(7)(E)
    - Those that show a significant tendency to follow the name ethnicity pattern of the (b)(7)(E)
- Asterisked and bolded correlations are significant at $p < .0001$ $(df = 19, r > .7150)$

UNCLASSIFIED//FOR OFFICIAL USE ONLY

U.S. Customs and Border Protection



8

## Mandatory and Discretionary Referral Breakdown for "Perceived-Arabic/Muslim" and "Other" Ethnicities

- "P-A/M" (Perceived Arab/Muslim, CRCL terminology) consists of the following name ethnicities from (b)(7)(E) Afghani, Arabic, Farsi, Indonesian, Pakistani and Southwestasian ($n = 6$)

- "Other" refers to the remaining ethnic name categories ($n = 15$)

- The following table shows the average number of electronic device inspections per ethnic group for each port (e.g., each of the six P-A/M groups received an average of 7.33 inspections from Discretionary Referrals at (b)(7)(E)



(b)(6), (b)(7)(C)



U.S. Customs and Border Protection

9

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# Discretionary Referrals Versus (b) (7)(E)

- Of the five airports, (b) (7)(E) over-referred P-A/Ms compared to other groups

- This is consistent with Slide 8, which showed a strong relationship between the name ethnicities of the Discretionary Referrals and the name ethnicities of (b) (7)(E) for these locations

- As seen below, the percentage breakdown for these two airports are not unlike the percentages reflected in (b) (7)(E)



UNCLASSIFIED//FOR OFFICIAL USE ONLY

U.S. Customs and Border Protection



## Summary/Conclusions

- A study by CRCL suggested that CBP Officers at ports may be biased in that they perform more electronic device inspections on people perceived as being Arabic or Muslim (Perceived-Arab/Muslim, P-A/M)

- In the current study:

  - Inbound traveler names were pulled for five airports with the most electronic device inspections as found by CRCL
  - These names were put through the (b) (7)(E) software package to derive an unbiased list of name ethnicities
  - Names of individuals whose devices were searched at these same airports were also put through (b) (7)(E) to derive name ethnicities
  - (b) (7)(E)

- The incidence of inspections resulting from Discretionary Referrals was extremely small, extrapolated to be approximately 1 in every 166,667 passengers

- Analysis showed that two airports (b) (7)(E) inspected devices of P-A/M travelers at a higher percentage than other travelers

- Further analysis of the data, however, suggested that Discretionary Referrals at these two airports were more in line with the distribution of name ethnicities represented (b) (7)(E) (b) (7)(E) (which is a legitimate baseline) rather than the traveling public (which CRCL used as an implicit baseline)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

U.S. Customs and Border Protection



11

# Backup Slides

UNCLASSIFIED//FOR OFFICIAL USE ONLY



U.S. Customs and Border Protection

(b) (7)(E) **Electronic Device Inspections by Name Ethnicity**

| Highest Probability Ethnicity of Name | Total Inspections | | Mandatory Referrals | Discretionary Referrals | Total Passengers | |
|---|---|---|---|---|---|---|
| *AFGHANI | 9 | 2.33% | (b) (7)(E) | (b) (7)(E) | 100 | 0.11% |
| AMBIGUOUS | 53 | 13.73% | | | 10698 | 11.50% |
| ANGLO | 100 | 25.90% | | | 26680 | 28.67% |
| *ARABIC | 49 | 12.69% | | | 607 | 0.65% |
| CHINESE | 6 | 1.55% | | | 10423 | 11.20% |
| EUROPEAN | 34 | 8.81% | | | 10486 | 11.27% |
| *FARSI | 8 | 2.07% | | | 527 | 0.57% |
| FRENCH | 1 | 0.26% | | | 1880 | 2.02% |
| GERMAN | 2 | 0.52% | | | 3826 | 4.11% |
| HAN | 7 | 1.81% | | | 4989 | 5.36% |
| HISPANIC | 25 | 6.47% | | | 5736 | 6.16% |
| INDIAN | 5 | 1.29% | | | 4091 | 4.40% |
| *INDONESIAN | 11 | 2.85% | | | 387 | 0.42% |
| JAPANESE | 2 | 0.52% | | | 5568 | 5.98% |
| KOREAN | 1 | 0.26% | | | 3256 | 3.50% |
| *PAKISTANI | 15 | 3.88% | | | 269 | 0.29% |
| RUSSIAN | 1 | 0.26% | | | 1071 | 1.15% |
| *SOUTHWESTASIAN | 50 | 12.95% | | | 641 | 0.69% |
| THAI | 1 | 0.26% | | | 335 | 0.36% |
| VIETNAMESE | 6 | 1.55% | | | 1413 | 1.52% |
| YORUBAN | 0 | 0.00% | | | 69 | 0.07% |
| Total | 386 | | | | 93,052 | |

* These names would likely correspond to the category of "Perceived-Arab/Muslim from the CRCL Study.

Note: For Mandatory and Discretionary Referral percentages, the total number of inspections was used as the base.

U.S. Customs and Border Protection

UNCLASSIFIED//FOR OFFICIAL USE ONLY



13

# (b)(7)(E) Electronic Device Inspections by Name Ethnicity

| Highest Probability Ethnicity of Name | Total Inspections | | Mandatory Referrals | Discretionary Referrals | Total Passengers | |
|---|---|---|---|---|---|---|
| *AFGHANI | 11 | 2.97% | (b) (7)(E) | (b) (7)(E) | 465 | 0.17% |
| AMBIGUOUS | 57 | 15.40% | | | 40511 | 15.17% |
| ANGLO | 19 | 5.13% | | | 75487 | 28.27% |
| *ARABIC | 92 | 24.86% | | | 5440 | 2.04% |
| CHINESE | 3 | 3.14% | | | 8576 | 3.21% |
| EUROPEAN | 12 | 3.20% | | | 37961 | 14.21% |
| *FARSI | 12 | 3.20% | | | 1006 | 0.38% |
| FRENCH | 0 | 0.00% | | | 7667 | 2.87% |
| GERMAN | 0 | 0.00% | | | 9759 | 3.65% |
| HAN | 0 | 0.00% | | | 4408 | 1.65% |
| HISPANIC | 8 | 2.16% | | | 40792 | 15.27% |
| INDIAN | 10 | 2.70% | | | 7358 | 2.76% |
| *INDONESIAN | 0 | 0.00% | | | 621 | 0.23% |
| JAPANESE | 0 | 0.00% | | | 5184 | 1.94% |
| KOREAN | 1 | 0.27% | | | 4901 | 1.84% |
| *PAKISTANI | 35 | 9.46% | | | 1890 | 0.71% |
| RUSSIAN | 4 | 1.08% | | | 8883 | 3.33% |
| *SOUTHWESTASIAN | 105 | 28.38% | | | 4321 | 1.62% |
| THAI | 0 | 0.005 | | | 356 | 0.13% |
| VIETNAMESE | 0 | 0.00% | | | 561 | 0.21% |
| YORUBAN | 1 | 0.27% | | | 915 | 0.34% |
| Total | 370 | | | | 267,062 | |

* These names would likely correspond to the category of "Perceived-Arab/Muslim from the CRCL Study.

Note: For Mandatory and Discretionary Referral percentages, the total number of referrals was used as the base.

U.S. Customs and Border Protection



14

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# (b) (7)(E) Electronic Device Inspections by Name Ethnicity

| Highest Probability Ethnicity of Name | Total Inspections | | Mandatory Referrals | Discretionary Referrals | Total Passengers | |
|---|---|---|---|---|---|---|
| *AFGHANI | 4 | 0.51% | (b) (7)(E) | | 29 | 0.09% |
| AMBIGUOUS | 92 | 11.61% | | | 3414 | 11.02% |
| ANGLO | 308 | 38.89% | | | 11933 | 38.52% |
| *ARABIC | 106 | 13.38% | | | 492 | 1.59% |
| CHINESE | 4 | 0.51% | | | 1900 | 6.13% |
| EUROPEAN | 90 | 11.36% | | | 4519 | 14.59% |
| *FARSI | 28 | 3.53% | | | 154 | 0.50% |
| FRENCH | 18 | 2.27% | | | 506 | 1.63% |
| GERMAN | 21 | 2.65% | | | 1295 | 4.18% |
| HAN | 2 | 0.25% | | | 736 | 2.38% |
| HISPANIC | 18 | 2.27% | | | 1670 | 5.39% |
| INDIAN | 8 | 1.01% | | | 695 | 2.24% |
| *INDONESIAN | 1 | 0.12% | | | 46 | 0.15% |
| JAPANESE | 3 | 0.38% | | | 2107 | 6.80% |
| KOREAN | 2 | 0.25% | | | 659 | 2.13% |
| *PAKISTANI | 15 | 1.89% | | | 90 | 0.29% |
| RUSSIAN | 7 | 0.88% | | | 238 | 0.77% |
| *SOUTHWEST ASIAN | 58 | 7.32% | | | 300 | 0.97% |
| THAI | 2 | 0.25% | | | 63 | 0.20% |
| VIETNAMESE | 2 | 0.25% | | | 61 | 0.20% |
| YORUBAN | 3 | 0.38% | | | 73 | 0.24% |
| Total | 792 | | | | 30,980 | |

\* These names would likely correspond to the category of "Perceived-Arab/Muslim from the CRCL Study.

Note: For Mandatory and Discretionary Referral percentages, the total number of referrals was used as the base.

U.S. Customs and Border Protection

UNCLASSIFIED//FOR OFFICIAL USE ONLY



# (b)(7)(E) Electronic Device Inspections by Name Ethnicity

| Highest Probability Ethnicity of Name | Total Inspections | | Mandatory Referrals | Discretionary Referrals | Total Passengers | |
|---|---|---|---|---|---|---|
| *AFGHANI | 4 | 1.30% | (b)(7)(E) | (b)(7)(E) | 33 | 0.07% |
| AMBIGUOUS | 56 | 18.18% | | | 5589 | 12.61% |
| ANGLO | 48 | 15.58% | | | 21210 | 47.85% |
| *ARABIC | 85 | 27.59% | | | 490 | 1.11% |
| CHINESE | 0 | 0.00 | | | 241 | 0.54% |
| EUROPEAN | 11 | 3.57% | | | 6951 | 15.68% |
| *FARSI | 8 | 2.59% | | | 136 | 0.31% |
| FRENCH | 3 | 0.97% | | | 1333 | 3.01% |
| GERMAN | 0 | 0.00% | | | 2577 | 5.81% |
| HAN | 0 | 0.00% | | | 155 | 0.35% |
| HISPANIC | 7 | 2.27% | | | 2928 | 6.61% |
| INDIAN | 1 | 0.32% | | | 1061 | 2.39% |
| *INDONESIAN | 1 | 0.32% | | | 81 | 0.18% |
| JAPANESE | 0 | 0.00% | | | 84 | 0.19% |
| KOREAN | 0 | 0.00% | | | 55 | 0.12% |
| *PAKISTANI | 12 | 3.89% | | | 127 | 0.29% |
| RUSSIAN | 6 | 1.95% | | | 707 | 1.59% |
| *SOUTHWESTASIAN | 60 | 19.48% | | | 354 | 0.80% |
| THAI | 1 | 0.32% | | | 23 | 0.05% |
| VIETNAMESE | 0 | 0.00% | | | 92 | 0.21% |
| YORUBAN | 5 | 1.62% | | | 103 | 0.23% |
| Total | 308 | | | | 44,330 | |

* These names would likely correspond to the category of "Perceived-Arab/Muslim from the CRCL Study.

Note: For Mandatory and Discretionary Referral percentages, the total number of referrals was used as the base.

U.S. Customs and Border Protection



UNCLASSIFIED//FOR OFFICIAL USE ONLY

# (b) (7)(E) Electronic Device Inspections by Name Ethnicity

| Highest Probability Ethnicity of Name | Total Inspections | | Mandatory Referrals | Discretionary Referrals | Total Passengers | |
|---|---|---|---|---|---|---|
| *AFGHANI | 5 | 1.15% | (b) (7)(E) | (b) (7)(E) | 133 | 0.08% |
| AMBIGUOUS | 63 | 14.55% | | | 19414 | 11.15% |
| ANGLO | 96 | 22.17% | | | 51317 | 29.47% |
| *ARABIC | 63 | 14.55% | | | 1389 | 0.80% |
| CHINESE | 14 | 3.23% | | | 14342 | 8.24% |
| EUROPEAN | 32 | 7.39% | | | 19253 | 11.05% |
| *FARSI | 16 | 3.69% | | | 1489 | 0.85% |
| FRENCH | 1 | 0.23% | | | 4870 | 2.80% |
| GERMAN | 4 | 0.92% | | | 4023 | 2.31% |
| HAN | 3 | 0.69% | | | 7839 | 4.50% |
| HISPANIC | 22 | 5.08% | | | 24576 | 14.11% |
| INDIAN | 1 | 0.23% | | | 3003 | 1.72% |
| *INDONESIAN | 2 | 0.46% | | | 613 | 0.35% |
| JAPANESE | 5 | 1.15% | | | 8296 | 4.76% |
| KOREAN | 0 | 0.00% | | | 6587 | 3.78% |
| *PAKISTANI | 17 | 3.92% | | | 426 | 0.24% |
| RUSSIAN | 3 | 0.69% | | | 1859 | 1.07% |
| *SOUTHWEST ASIAN | 74 | 17.09% | | | 1258 | 0.72% |
| THAI | 2 | 0.46% | | | 1008 | 0.58% |
| VIETNAMESE | 7 | 1.61% | | | 2304 | 1.32% |
| YORUBAN | 3 | 0.69% | | | 160 | 0.09% |
| Total | 433 | | | | 174,159 | |

* These names would likely correspond to the category of "Perceived-Arab/Muslim from the CRCL Study.

Note: For Mandatory and Discretionary Referral percentages, the total number of referrals was used as the base.



U.S. Customs and Border Protection

UNCLASSIFIED//FOR OFFICIAL USE ONLY