# EXHIBIT FF

**CBP INTERNAL AFFAIRS REPORT:**
**BORDER SEARCH OF ELECTRONIC DEVICES AND DOCUMENTS**
SUMMARY OF FINDINGS, RECOMMENDATIONS, AND RESPONSES RELEVANT TO CRCL
IMPACT ASSESSMENT

| FINDING | RECOMMENDATION | RESPONSE | STATUS |
|---|---|---|---|
| (b)(7)(E) | 1. Identify and implement actions required to ensure data extraction methods provide precise statistics on the number of searches, detentions, and seizures of documents and electronic devices recorded in TECS.<br>2. Develop and implement new TECS module or enhance existing modules that will facilitate the accurate recording of search information, allow for automatic notification of required supervisory approvals, and enable the tracking of detained documents and electronic devices. | Concur; will complete by January 2011. | IN PROGRESS |
| There is confusion concerning CBP's policy regarding the need for electronic device searches to be conducted in the presence of a supervisor. Many supervisors believe that compliance with this requirement can be demonstrated if the supervisor is anywhere in the general area. (b) (7)(E) | 3.(a) Clarify or reiterate CBP policy regarding the current procedural requirement that searches be conducted in the "presence of a supervisor." | Concur; will complete by November 2010. | CLOSED WITH ISSUANCE OF OCTOBER 25, 2010 MUSTER |
| There is confusion concerning CBP's policy regarding the need to obtain supervisory approval prior electronic device searches. (b) (7)(E) | 3.(b) Clarify or reiterate CBP policy regarding the need to obtain supervisory approval before conducting an electronic device search. | Concur; will complete by November 2010. | CLOSED WITH ISSUANCE OF OCTOBER 25, 2010 MUSTER |
| Managers report confusion concerning CBP policy and responsibility for tracking electronic devices detained from travelers and turned over to ICE for translation, decryption and/or analysis. | 3.(c) Clarify or reiterate CBP policy regarding the distinction between CBP's responsibility for tracking electronic devices transferred to ICE for decryption and subject matter expert assistance, and when ICE's concurrently-held border search authority is applicable. | Concur; will complete by November 2010. | CLOSED WITH ISSUANCE OF OCTOBER 25, 2010 MUSTER |
| (b) (7)(E) | 3.(e) Clarify or reiterate CBP policy regarding the circumstances and requirement to destroy any copies of information, and to return any electronic device detained, when it is determined there is no intention to seize the device. | Concur; will complete by November 2010. | CLOSED WITH ISSUANCE OF OCTOBER 25, 2010 MUSTER |