UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF HOMELAND SECURITY, *et al.*, ) ) ) ) Defendants. ) ) | No. 1:17-cv-00548-TSC |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND POINTS AND MEMORANDUM IN SUPPORT THEREOF**

Defendants Department of Homeland Security, U.S. Customs and Border Protection, and U.S. Immigration and Customs Enforcement move for an order amending the minute order dated December 2, 2019, ECF No. 45, to provide that defendants shall file the reply in support of their motion for summary judgment and opposition to plaintiff's cross motion for summary judgment not later than May 8, 2020, and that plaintiff shall file the reply in support of its cross motion for summary judgment not later than June 8, 2020.  Counsel for plaintiff advises that plaintiff does not oppose the extension of time for which defendants move.

The minute order dated December 2, 2019, establishes a briefing schedule for the parties' cross motions for summary judgment.  The minute order provides, among other things, that defendants shall file the reply in support of their motion for summary judgment and opposition to plaintiff's cross motion for summary judgment not later than April 1, 2020, and that plaintiff shall file the reply in support of its cross motion for summary judgment not later than May 1, 2020.  Defendants need additional time, however, to prepare their reply and opposition and the papers upon which it will rely.  They therefore

ask that the minute order be amended to give them through May 8, 2020, to file their reply and opposition and, accordingly, to give plaintiff through June 8, 2020, to file its reply.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Deputy Director

    s/ *David M. Glass*
    DAVID M. GLASS, DC Bar 544549
    Senior Trial Counsel
    Department of Justice, Civil Division
    1100 L Street, N.W., Room 12020
    Washington, D.C.  20530
    Tel: (202) 514-4469/Fax: (202) 616-8460
    E-mail: david.glass@usdoj.gov

Dated: March 23, 2020    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that I served the within motion and memorandum and proposed order on all counsel of record by filing them with the Court by means of its ECF system on March 23, 2020.

    s/ *David M. Glass*