## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 1:17-cv-00548-TSC |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## **[PROPOSED] ORDER**

Upon defendants' unopposed motion for extension of time and establishment of page limitation and good cause having been shown, it is ordered as follows:

1. The minute order dated May 6, 2020, is amended to provide that defendants shall file the combined reply in support of their motion for summary judgment and opposition to plaintiff's cross motion for summary judgment not later than June 12, 2020.

2. The above minute order is further amended to provide that plaintiff shall file the reply in support of its cross motion for summary judgment not later than July 24, 2020.

3. The combined reply in support of defendants' motion for summary judgment and opposition to plaintiff's cross motion for summary judgment shall not exceed 45 pages in length.

Dated: _____    _____
                                  UNITED STATES DISTRICT JUDGE