**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,** | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 17-cv-0548 (TSC) |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.,* | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 62, Knight Institute's cross-motion for partial summary judgment, ECF No. 50, is DENIED.  The Agencies' motion for summary judgment, ECF No. 46 is GRANTED IN PART and DENIED IN PART.  The Agencies' motion is GRANTED with respect to all issues except the applicability of Exemption 5 to DHS-001-00585-001998, and to CBP's spreadsheets, and the applicability of Exemptions 6 and 7(C).  Both DHS and CBP may renew their dispositive motion with respect to the applicability of Exemption 5 to these documents or release the withheld information and CBP may renew its dispositive motion addressing the applicability of Exemptions 6 and 7(C).

Date:  May 5, 2026

*Tanya S. Chutkan*
_____
TANYA S. CHUTKAN
United States District Judge